# CARLTON FIELDS
## ATTORNEYS AT LAW

P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

FED. ID 59-1233896

One Atlantic Center
W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

HARTFORD FIRE INSURANCE COMPANY
BOND CLAIM DEPARTMENT T-4
HARTFORD PLAZA
HARTFORD, CT 06115

FEBRUARY 14, 2006
PATRICIA H. THOMPSON
REF NO: 40267
INVOICE NO: 407590

PROFESSIONAL SERVICES RENDERED AS POSTED THROUGH JANUARY 31, 2006

TOTAL AMOUNT THIS INVOICE: 

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.

nated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the co

# CARLTON FIELDS

FED. ID 59-1233896
THE HARTFORD FIDELITY AND BONDING COMPANY  ATTORNEYS AT LAW  FEBRUARY 14, 2006
REF. NO.: 40267   PAGE    2
INVOICE NO.:   407590

FOR PROFESSIONAL SERVICES RENDERED AS POSTED THROUGH JANUARY 31, 2006

REF: 40267-20725   MILLER & SOLOMAN
                   CLAIM NO. ▓▓▓▓▓▓▓

01/03/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/04/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/04/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/05/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/06/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/09/06 ACH ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

01/09/06 PHT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



FED. ID 59-1233896

# CARLTON FIELDS
ATTORNEYS AT LAW

THE HARTFORD FIDELITY AND BONDING COMPANY  FEBRUARY 14, 2006
REF. NO.: 40267                              PAGE      3
INVOICE NO.:   407590

01/09/06 KSM  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

01/10/06 ACH  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ TOM WELLS ▓▓▓▓

01/10/06 PHT  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ 3▓▓

01/11/06 ACH  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ 4▓▓

01/11/06 WDR  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ ▓▓

01/14/06 PHT  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ ▓▓

01/16/06 PHT  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ ▓▓

01/16/06 PHT  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓ ▓▓

01/17/06 PHT  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 2▓▓ ▓▓

# CARLTON FIELDS

FED. ID 59-1233896
THE HARTFORD FIDELITY AND BONDING COMPANY  FEBRUARY 14, 2006
REF. NO.: 40267                              PAGE      4
INVOICE NO.:   407590

01/18/06 PHT

01/19/06 PHT

01/20/06 PHT

01/23/06 PHT

01/24/06 PHT

01/24/06 PHT

01/25/06 PHT

01/25/06 PHT

01/30/06 PHT



CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

# CARLTON FIELDS

FED. ID 59-1233896

THE HARTFORD FIDELITY AND BONDING COMPANY    FEBRUARY 14, 2006
REF. NO.: 40267                                PAGE      5
INVOICE NO.:   407590

01/31/06 PHT  

MATTER SUBTOTAL FOR FEES:                                $8,961.00

COSTS INCURRED ON YOUR BEHALF:

01/09/06 
01/23/06
01/31/06
01/31/06

MATTER SUBTOTAL FOR COSTS                                  $199.80

MATTER TOTAL:                                            $9,160.80

REF: 40267-27004    OCEAN GRANDE, MILLER & SOLOMON
                    CLAIM NO. 564S15438

12/21/05 PHT PREPARE NEW FILE MEMOS AND SET UP NEW FILE AND      .40    112.00
             REVIEW AND CLEAR CONFLICTS AND PREPARE NEW FILE
             DOCUMENTATION.

12/22/05 PHT RECEIVE AND REVIEW EMAIL FROM LAURA MAHLER AND      .20     56.00
             TWO LETTERS FROM HABER RE: UNIT 502 AND OTHER
             WATER RELATED ISSUES.

12/27/05 PHT RECEIVE AND REVIEW MULTIPLE LETTERS TO AND FROM     .20     56.00
             M. HABER RE: MOLD AND MOLD RELATED PROBLEMS.

12/28/05 PHT CONFERENCE CALL WITH L. MAHLER RE: NUMEROUS         .50    140.00
             LETTERS TO AND FROM HABER AND SMITH AND OTHERS
             AND REVIEW LETTERS.

12/30/05 PHT TWO TELEPHONE CALLS WITH L. MAHLER ABOUT ISSUES     .80    224.00
             TO DISCUSS WITH G. SMITH AND TIMING OF CALL
             (.1); TELEPHONE CALL WITH L. MAHLER, G. SMITH
             AND HIS CLIENT RE: MONEY ISSUES ON THIS CASE
             (.7).

# CARLTON FIELDS

FED. ID 59-1233896

THE HARTFORD FIDELITY & BONDING COMPANY AT LAW     FEBRUARY 14, 2006
REF. NO.: 40267     PAGE    6
INVOICE NO.:   407590

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/06 | PHT | TELEPHONE CALL WITH L. MAHLER RE: CORRESPONDENCE FROM COUNSEL FOR ASSOCIATION. | .20 | 58.00 |
| 01/05/06 | PHT | TELEPHONE CALL WITH L. MAHLER RE: NUMEROUS ISSUES (.2); TELEPHONE CALL WITH G. SMITH RE: NUMEROUS ISSUES (.2); REVIEW SEVERAL LETTERS AND EMAILS FROM HABER (.4). | .70 | 203.00 |
| 01/06/06 | PHT | EXCHANGE EMAIL WITH L. MAHLER ABOUT HER TRIP AND VARIOUS EMAILS FROM SMITH (.2); TELEPHONE CALL WITH L. MAHLER ABOUT HER TRIP AND INSPECTION (.2). | .40 | 116.00 |
| 01/09/06 | PHT | REVIEW AND ORGANIZE CORRESPONDENCE AND EMAILS FROM NUMEROUS PEOPLE RE: PROJECT (.2); TELEPHONE CALL WITH J. D'ERRICO RE: MEETING (.1). | .30 | 87.00 |
| 01/10/06 | PHT | RECEIVE AND REVIEW LETTERS RE: WINDOWS FOR COUNSEL FOR ASSOCIATE (.1); RECEIVE AND REVIEW DISC. WITH DOCUMENTS FROM HARTFORD AND DIRECT PREPARATION OF INDEX (.1). | .20 | 58.00 |
| 01/11/06 | PHT | REVIEW AND ORGANIZE ALL CORRESPONDENCE BY TOPIC AND PREPARE FOR MEETING. | 3.30 | 957.00 |
| 01/12/06 | PHT | TRAVEL TO POMPANO; MEETING WITH JAN D'ERRICO & LAURA MAHLER THEN TRAVEL TO OCEAN GRAND AND MEETING WITH DEVELOPER, EXPERTS, ATTORNEYS, DAVID ROACH AND CONDO ASSOCIATION REPRESENTATIVES' AND TRAVEL BACK. | 11.40 | 3306.00 |
| 01/13/06 | PHT | TRAVEL TO POMPANO MEET WITH CLIENTS AND CONSULTANTS, COUNSEL FOR DEVELOPER, DEVELOPER'S REPRESENTATIVE, ASSOCIATION REPRESENTATIVES AND THEIR COUNSEL, D. ROACH AND EXPERT AND TRAVEL BACK. | 11.50 | 3335.00 |
| 01/13/06 | SS* | WORK ON INDEX OF CONTENTS OF DISK FROM HARTFORD. | 3.00 | 240.00 |
| 01/14/06 | PHT | RECEIVE AND REVIEW MORE LETTERS FROM SMITH. | .10 | 29.00 |
| 01/16/06 | PHT | TELEPHONE CALL WITH L. MAHLER. | .10 | 29.00 |
| 01/17/06 | PHT | RECEIVE AND REVIEW EMAILS FROM G. SMITH AND L. MAHLER RE: SEVERAL POST INSPECTION ISSUES. | .10 | 29.00 |
| 01/18/06 | PHT | RECEIVE AND REVIEW MULTIPLE EMAILS AND REPORTS FROM G. SMITH. | .10 | 29.00 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS

FED. ID 59-1233896

THE HARTFORD FIDELITY & BONDING COMPANY ATT LAW     FEBRUARY 14, 2006
REF. NO.: 40267     PAGE    7
INVOICE NO.:    407590

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/06 | PHT | TELEPHONE CALL WITH L. MAHLER AND REVIEW EMAILS, LETTERS AND RELATED MATERIALS FROM G. SMITH. | .30 | 87.00 |
| 01/26/06 | SS* | WORK ON IDENTIFYING DOCUMENTS AND CREATING INDEX OF DISC. | 4.00 | 320.00 |
| 01/27/06 | SS* | CONTINUE PRINTING SELECTED DOCUMENTS AND IDENTIFYING CONTRACTS FROM DISC. | 3.50 | 280.00 |
| 01/30/06 | PHT | EXCHANGE EMAILS WITH SMITH, MAHLER, HABER, KIBLER AND ROACH RE: REPAIRS TO BUILDING (.2); TELEPHONE CALL WITH L. MAHLER RE: REPAIRS TO BUILDING (.1); EXCHANGE EMAILS WITH JAN D'ERRICO (.1); RECEIVE AND REVIEW LETTER FROM HABER RE: PROBLEMS WITH PROJECT (.1). | .50 | 145.00 |
| 01/31/06 | PHT | RECEIVE, REVIEW AND RESPOND TO EMAILS WITH LAURA, SMITH AND OTHERS RE: CLAIMS ON OCEAN GRANDE (.1); TELEPHONE CALL WITH LAURA RE: HANDLING OF CLAIMS (.2). | .30 | 87.00 |

MATTER SUBTOTAL FOR FEES:     $9,983.00

MATTER SUBTOTAL FOR COSTS     $.00
--------------
MATTER TOTAL:     $9,983.00


TOTAL CURRENT INVOICE (INV. #407590)     $19,143.80

SUMMARY OF FEES:

| Code | Name | Hours | Rate | Total |
|---|---|---|---|---|
| ACH | A. C. HARRIS | 3.50 hours at | $290.00 = | 1015.00 |
| WDR | W. D. ROHRER | 0.30 hours at | $290.00 = | 87.00 |
| PHT | P. H. THOMPSON | 2.10 hours at | $280.00 = | 588.00 |
| PHT | P. H. THOMPSON | 56.00 hours at | $290.00 = | 16240.00 |
| KSM | K. S. MCLEROY | 0.60 hours at | $290.00 = | 174.00 |
| SS* | S. SMITH* | 10.50 hours at | $80.00 = | 840.00 |

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

FED. ID 59-1233896

# CARLTON FIELDS
ATTORNEYS AT LAW

PLEASE REMIT TO:
P.O. Box 3239
Tampa, FL 33601-3239
813.223.7000
Fax 813.229.4133

One Atlantic Center
1201 W. Peachtree St., Ste. 3000
Atlanta, Georgia 30309
404.815.3400
Fax 404.815.3415

P.O. Box 019101
Miami, FL 33131
305.530.0050
Fax 305.530.0055

P.O. Box 1171
Orlando, FL 32802
407.849.0300
Fax 407.648.9099

P.O. Box 2861
St. Petersburg, FL 33731
727.821.7000
Fax 727.822.3768

P.O. Drawer 190
Tallahassee, FL 32302
850.224.1585
Fax 850.222.0398

P.O. Box 150
West Palm Beach, FL 33402
561.659.7070
Fax 561.659.7368

THE HARTFORD FIDELITY & BONDING COMPANY    MARCH 6, 2006
LAURA MAHLER
HARTFORD PLAZA                              PATRICIA H. THOMPSON
HARTFORD, CT 06115                          REF. NO.   40267-27004
                                            INVOICE NUMBER   409455

RE:  OCEAN GRANDE, MILLER & SOLOMON
     CLAIM NO. 564S15438

BALANCE DUE FROM PREVIOUS STATEMENT                    $9,983.00
LESS: PAYMENTS                                           $183.00
                                                     ------------
              BALANCE FORWARD                          $9,800.00

LEGAL SERVICES POSTED THROUGH 02/28/06                 $8,521.00
COSTS ADVANCED POSTED THROUGH 02/28/06                   $127.16
                                                     ------------
              CURRENT INVOICE TOTAL                    $8,648.16
                                                     ------------
              **TOTAL AMOUNT DUE**                    $18,448.16
                                                     ============

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30     | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL    |
|----------|-------|-------|--------|----------|----------|
| 18448.16 | 0.00  | 0.00  | 0.00   | 0.00     | 18448.16 |

*** REMITTANCE COPY ***

Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date.
designated with an (*) were performed under the strict supervision of admitted attorney.

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY     MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON     REF. NO.   40267-27004
INVOICE NUMBER   409455     PAGE   1

PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2006

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/06 | PHT | RECEIVE AND REVIEW MULTIPLE EMAILS FROM JAN D'ERRICO AFTER TELEPHONE CONFERENCE - RE: DOCUMENTS AND INSPECTION (.1). | .10 | 29.00 |
| 02/01/06 | PHT | REVIEW MANY EMAILS AND LETTERS FOR TELEPHONE CONFERENCE WITH G. SMITH AND L. MAHLER AND JAN PARTICIPATE IN CONFERENCE CALL ABOUT VARIOUS ISSUES (1.3); REVIEW SUB CONTRACTS AND EMAILS FROM JAN ABOUT SAME AND ARRANGE TO HAVE COPIED AND DELIVERED TO HER. (.3). | 1.90 | 551.00 |
| 02/01/06 | SS* | CONTINUE WORKING ON INDEXING AND IDENTIFYING DOCUMENTS ON DISC (2.0); WORK ON LOCATING AND PRINTING DOCUMENTS FOR JAN D'ERRICO PER PHT'S INSTRUCTIONS (1.5) | 3.50 | 280.00 |
| 02/02/06 | PHT | EXCHANGE EMAILS WITH L. MAHLER ABOUT DOCUMENTS (.1); TELEPHONE CALL WITH G. SMITH ABOUT DOCUMENTS (.1). | .30 | 87.00 |
| 02/02/06 | EB* | TRAVEL TO MILLER & SOLOMON WAREHOUSE AND MEET WITH JAN D'ERRICO TO REVIEW DOCUMENTS AND AS-BUILTS NECESSARY FOR HER ANALYSIS OF PROJECT (3.5); PREPARE INDEX OF DOCUMENTS AND PLANS TO BE REVIEWED BY JAN (.8). | 4.30 | 709.50 |
| 02/03/06 | PHT | RECEIVE AND REVIEW MEMO AND EMAILS FROM E. BROWN RE: DOCUMENT PRODUCTION AND CONFERENCE WITH HER RE: ISSUES TO RESOLVE AND PREPARE EMAILS TO L. MAHLER RE: SAME. | | 87.00 |
| 02/06/06 | PHT | EMAIL FROM G. SMITH AND MR. HILL RE: HILLS EMAIL (.1); EMAIL FROM G. SMITH TO HABER AND MR. HILL (.1). | .20 | 58.00 |
| 02/07/06 | PHT | EXCHANGE EMAILS WITH L. MAHLER RE: CLAIMS (.1); TELEPHONE CALL WITH L. MAHLER RE: DOCUMENTS AND CONFERENCE WITH E. BROWN RE: PRODUCTION OF DOCUMENTS FOR JAN (.3). | .40 | 116.00 |

CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

# CARLTON FIELDS
FED. ID 59-1233896
ATTORNEYS AT LAW
THE HARTFORD FIDELITY & BONDING COMPANY   MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON           REF. NO.  40267-27004
INVOICE NUMBER   409455                  PAGE    2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/06 | EB* | TELEPHONE CONFERENCE WITH LAURA MAHLER AND PATRICIA THOMPSON REGARDING DOCUMENTS REVIEWED BY JAN D'ERRICO AT MILLER & SOLOMON WAREHOUSE (.2); PULL INDEX AND VERIFY DOCUMENTS TAKEN BY JAN AND GEORGE AND LEAVE VOICE MESSAGE AND E-MAIL MESSAGE FOR JAN REGARDING SAME (.3). | .50 | 82.50 |
| 02/08/06 | PHT | EMAILS ABOUT DOCUMENTS WITH JAN AND LAURA (.1); TELEPHONE CALL WITH JAN (.3); CONFERENCE WITH E. BROWN RE: KEYS AND ACCESS TO PROPERTY (.1). | .50 | 145.00 |
| 02/08/06 | EB* | TELEPHONE CONFERENCE WITH GEORGE HAAKE REGARDING FURTHER REVIEW OF DOCUMENTS AT STORAGE WAREHOUSE (.1); RECEIVE AND REVIEW E-MAIL FROM JAN D'ERRICO (.1); PREPARE RESPONSE TO JAN D'ERRICO'S E-MAIL (.2); TRAVEL TO AND FROM DOCUMENT WAREHOUSE AND ASSIST GEORGE HAAKE IN LOCATING PROJECT PHOTOS (2.5); ATTEMPT TO COPY KEYS TO STORAGE WAREHOUSE (.5). | 3.40 | 561.00 |
| 02/09/06 | PHT | EMAILS RE: LOCKS AND ACCESS TO WAREHOUSE. | .10 | 29.00 |
| 0?/?3/06 | PHT | EMAIL FROM ROACH ABOUT DOCUMENTS AND PREPARE AND EMAIL TO JAN D'ERRICO ABOUT SAME (.1); PREPARE EMAIL TO L. MAHLER RE: SAME (.1). | .20 | 58.00 |
| 02/15/06 | PHT | TELEPHONE CALL WITH LAURA AND JAN RE: ISSUES OF RESPONSIBILITY FOR WORK DONE (1.1); RECEIVE AND REVIEW EMAILS FROM JAN AND RESPOND TO SAME (.2); RECEIVE AND REVIEW EMAIL FROM HABER AND PREPARE EMAIL TO L. MAHLER RE: SAME (.1). | 1.40 | 406.00 |
| 02/16/06 | PHT | IDENTIFY AND REVIEW SUB CONTRACTS (1.2); DRAFT LETTERS TO TWO SUBS (.7); RECEIVE AND REVIEW NUMEROUS EMAILS TO AND FROM LAURA AND JAN (.2); EDIT JAN'S LETTER TO JORDAN (.1). | 2.20 | 638.00 |
| 02/17/06 | PHT | LENGTHY TELEPHONE CALL WITH L. MAHLER AND JAN ABOUT LOTS OF ISSUES (1.0); RECEIVE AND REVIEW LETTER FROM HABER RE: SUB'S (.1); REVIEW THE CONTRACT (.3); RECEIVE, REVIEW AND RESPONSE TO EMAILS FROM JAN RE: MISC. ISSUES (.2); REVIEW SUBS CONTRACTS AND BONDS (.4); RECEIVE AND REVIEW MULTIPLE EMAILS FROM LAURA RE: INFORMATION NEEDED (.2); TELEPHONE CALL WITH L. MAHLER RE: HABER LETTER AND ISSUES TO DISCUSS WITH GLEN SMITH (.3). | 2.60 | 754.00 |

FED. ID 59-1233896

# CARLTON FIELDS
ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON          REF. NO.   40267-27004
INVOICE NUMBER  409455                  PAGE    3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/06 | PHT | REVIEW INDEX TO OCEAN GRANDE DISC. OF DOCUMENTS TO FIND MISSING SUB CONTRACT DOCUMENTS. | .30 | 87.00 |
| 02/20/06 | PHT | TELEPHONE CALL WITH D. ROACH RE: U S BRICK (.1); REVIEW ALL SUB CONTRACTS - SEARCH INDEX TO DISC FOR MISSING CONTRACTS; PREPARE LIST OF BOND REQUEST (1.3); TELEPHONE CALL FROM MR. VENTO (.1); EXCHANGE EMAILS WITH JAN D'ERRICO ABOUT SUBCONTRACTORS (.2); EMAILS WITH G. SMITH ABOUT ISSUES TO DISCUSS AND SET UP CONFERENCE CALL (.1); TELEPHONE CALL WITH L. MAHLER RE: SUBS AND PROBLEMS WITH PROJECT AND INFORMATION NEEDED (.2); EXCHANGE EMAILS WITH ROACH RE: KEYS; RECEIVE AND REVIEW LETTERS FROM JORDAN AND JAN AND EMAIL FROM JAN ABOUT SPECS (.1). | 2.40 | 696.00 |
| 02/20/06 | EB* | RECEIVE AND REVIEW E-MAIL FROM JAN D'ERRICO REGARDING KEYS TO MILLER & SOLOMON STORAGE (.1); TELEPHONE CONFERENCE WITH GEORGE HAAKE REGARDING LOCATION AND TIME OF MEETING TO GIVE HIM THE KEYS (.1). | .20 | 33.00 |
| 02/21/06 | PHT | TWO TELEPHONE CALLS WITH GLENN SMITH ABOUT SUBS, HABER AND WHAT HARTFORD IS GOING TO DO ON PROJECT AND "MISSING" SPECS (.5); PREPARE EMAIL ABUT SMITH TELEPHONE CALL TO MAHLER AND KIBLER (.2); EXCHANGE EMAILS WITH MAHLER AND KIBLER ABOUT MEETING (.1); TELEPHONE CALL WITH L. MAHLER ABOUT SMITH, TELEPHONE CALL AND MEETING AND OTHER ISSUES (.4); PREPARE EMAIL TO MAHLER AND KIBLER ABOUT 2ND CALL WITH SMITH (.2); REVIEW RESULTS OF MULTIPLE EFFORTS TO LOCATE AND CONTACT SE PLUMBING AND SEND EMAIL TO L. MAHLER RE: SAME (.2); RECEIVE, REVIEW AND RESPOND TO EMAILS RE: ISSUES RAISED BY L. KIBLER AND SURETY'S FAILURE TO SIGN CONTRACT ADDENDUM AND REQUEST COPY OF HARTFORD BOND (.2); RECEIVE, REVIEW AND RESPOND TO 30 MORE EMAILS ABOUT ALLEGEDLY MISSING PLANS AND SPECS PULLED BY J. D'ERRICO (.8). | 2.60 | 754.00 |
| 02/21/06 | PHT | RECEIVE AND REVIEW LETTER FROM ASPEN AIR RE: ASSOCIATION FAILURE TO MAINTAIN UNITS (.1); REVIEW LETTER FROM JAN TO LIBERTY AND RC ALUMINUM AND PREPARE EMAIL TO LAURA MAHLER ABOUT BOND REQUIREMENTS (.2); TELEPHONE CALL FROM BRICK GUYS RE: MY LETTER (.3); PREPARE EMAIL TO KIBLER AND MAHLER RE: SAME (.2). | .80 | 232.00 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

Services designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

FED. ID 59-1233896

# CARLTON FIELDS
ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY   MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON            REF. NO.  40267-27004
INVOICE NUMBER  409455                    PAGE    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/21/06 | EB* | TRAVEL TO AND FROM MILLER & SOLOMON STORAGE TO GIVE STORAGE KEYS TO GEORGE HAAKE (1.2); REVIEW MULTIPLE E-MAILS FROM CLIENT AND VARIOUS PARTIES REGARDING LOCATING PROJECT DRAWINGS ORIGINALLY PLACED ON MILLER & SOLOMON CART BY JAN D'ERRICO, GEORGE HAAKE AND ELENA BROWN FOR FUTURE REVIEW BY CSSI (.2); ATTEMPT TO DETERMINE WHEREABOUTS OF PROJECT DRAWINGS BY CONFERRING WITH PATRICIA THOMPSON, TIM TAYLOR AND ANDY GARCIA FROM SPEED PRINT COPY SERVICE (.6). | 2.00 | 330.00 |
| 02/22/06 | PHT | RECEIVE, REVIEW AND RESPOND TO MULTIPLE EMAILS FROM LAURA ABOUT VARIOUS ISSUES INCLUDING BRICK PEOPLE (.4); REVIEW SOUTHEAST PLUMBING FILE (.3); TELEPHONE CALL WITH DAN O'BRIEN, FORMERLY WITH S.E. PLUMBING (.2); TELEPHONE CALL WITH L. MAHLER RE: MEETING WITH M&S; US. BRICK AND OTHER ISSUES (.6); TELEPHONE CALL TO G. SMITH RE: MEETING (.1); PREPARE MULTIPLE EMAILS TO MAHLER, SMITH, KIBLER RE: MEETING AND REVIEW ISSUES AND COORDINATE MEETING (.4). | 2.00 | 580.00 |
| 02/22/06 | PHT | FIND THREE SUBCONTRACTOR BONDS FOR LAURA AND ARRANGE TO SEND TO HER (.1); EXCHANGE EMAILS WITH L. MAHLER AND JAN ABOUT NOTICE TO SUBS AND PREPARE CONFIDENTIAL EMAIL TO LAURA RE: SAME (.4); PREPARE EMAIL TO ALL ABOUT S.E. PLUMBING TELEPHONE CALL (.2); RECEIVE AND REVIEW LETTER FROM FRANKEL AND PREPARE EMAIL TO L. MAHLER AND JAN RE: SAME. (.3). | 1.00 | 290.00 |
| 02/22/06 | PHT | TELEPHONE CALL WITH LAURA MAHLER RE: NOTICE TO FRANKEL AND HABER (.2); PREPARE LETTER TO FRANKEL (.2); PREPARE AND REVIEW EMAILS TO AND FROM LAURA AND GLENN ABOUT LETTER TO HABER WITH DRAFT LANGUAGE (.3); FINALIZE LETTER TO HABER (.2); TELEPHONE CALL TO HABER (.2); EXCHANGE EMAILS WITH KIBLER AND JAN ABOUT S.E. PLUMBING (.2). | 1.30 | 377.00 |
| 02/23/06 | PHT | TELEPHONE CALL WITH SCOTT MORRIS OF FIBRE TECH IN RESPONSE TO MY LETTER (.1); PREPARE EMAIL TO L. MAHLER AND JAN ABOUT MORRIS (.1). | .20 | 58.00 |

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY    MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON              REF. NO.   40267-27004
INVOICE NUMBER   409455                     PAGE   5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/27/06 | PHT | CONFERENCE WITH L. MAHLER ABOUT R.C. AND MEETING WITH SMITH (.2); SEND THREE EMAILS TO ALL CONCERNED ABOUT MEETING AND REVIEW RESPONSE (.3); DRAFT LETTER TO FRANKEL (.2); RECEIVE AND REVIEW 3RD LETTER FROM FRANKEL AND SEND CCS OF SAME TO SMITH, MAHLER AND J. ERRICO (.1). | .90 | 261.00 |
| 02/27/06 | PHT | RECEIVE AND REVIEW LETTER FROM MR. FRANKEL ABOUT RC ALUMINUM AND PREPARE EMAIL TRANSMITTAL TO L. MAHLER AND J.D'ERRICO (.1); RECEIVE AND REVIEW MAIL FROM G. SMITH ABOUT R.C. (.1); RECEIVE AND REVIEW ANOTHER LETTER FROM FRANKEL RE: WORK DONE ON GLASS AND PREPARE EMAIL TO L. MAHLER AND SMITH (.1). | .30 | 87.00 |
| 02/28/06 | PHT | 6 EMAILS WITH L. MAHLER ABOUT MEETING AND ISSUES TO DISCUSS (.2); 3 EMAILS WITH L. KIBLER ABOUT MEETING AND ISSUES TO DISCUSS (.2); 2 EMAILS WITH G. SMITH ABOUT MEETING (.1). | .50 | 145.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                $8,521.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| PHT | P. H. THOMPSON | 22.50 hours at | $290.00 = | 6525.00 |
| EB* | E. BROWN* | 10.40 hours at | $165.00 = | 1716.00 |
| SS* | S. SMITH* | 3.50 hours at | $80.00 = | 280.00 |
| | TOTALS | 36.40 | | $8,521.00 |

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2006**

| Date | Description | Amount |
|---|---|---|
| | TELEPHONE | 8.70 |
| 02/03/06 | COPYING COST 905 @ .10 PER PAGE | 90.50 |
| 02/22/06 | COPYING COST 57 @ .10 PER PAGE | 5.70 |
| 02/14/06 | MILEAGE/TOLLS/PARKING - VENDOR: ELENA J. BROWN - 2/8 TRAVEL TO MILLER & SOLOMON DOCUMENT STORAGE WAREHOUSE TO MEET WITH GEORGE HAAKE | 11.13 |
| 02/14/06 | MILEAGE/TOLLS/PARKING - VENDOR: ELENA J. BROWN - 22 TRAVEL TO MILLER & SOLOMON DOCUMENT WAREHOUSE TO MEET WITH JAN D'ERRICO | 11.13 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2006      $127.16

INVOICE   409455TOTAL                                $8,648.16

## CARLTON FIELDS, P.A.

Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

rvices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction

FED. ID 59-1233896

# CARLTON FIELDS
ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY   MARCH 6, 2006
OCEAN GRANDE, MILLER & SOLOMON            REF. NO.   40267-27004
INVOICE NUMBER   409455                   PAGE   6

| | |
|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $9,983.00 |
| LESS: PAYMENTS | $183.00 |
| TOTAL AMOUNT DUE | $18,448.16 |