**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL 33155
Phone 305.740.7595
Fax 305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 3/14/2006 | 431174 |

| DUE DATE | 3/14/2006 |
|---|---|

**BILL TO**
Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131

PAID

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 7.001 | 8 | 3/9/06 Job site meeting and progress work monitoring at fill (Sr. Consultant Charges/AP) | 145.00 | 1,160.00 |
|  |  | ********** |  |  |
| 4.001 |  | Reimbursable: Reprographics expenses | 445.70 | 445.70 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | $1,605.70 |
|---|---|
| CREDITS | $-1,605.70 |
| BALANCE DUE | $0.00 |



**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL 33155
Phone 305.740.7595
Fax 305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

**BILL TO**
Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131

PAID

| DUE DATE | 4/17/2006 |
|---|---|

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 7.001 | 5 | 3/9/06 Jobsite inspection and meeting (Principal Charges/John Medina) | 185.00 | 925.00 |
| 2.001-5 | 7 | 3/10/06 Jobsite inspection and meeting (Principal Charges/John Medina) | 185.00 | 1,295.00 |
| 2.001-6 | 5 | 3/10 through 3/14/06 Writing report & report reparation (Principal Charges/John Medina) | 185.00 | 925.00 |
| 7.001 | 8 | 3/14/06 Inspection of the RC Aluminum repaired work. Inspection of condition at apartment 302. (window) Job site meeting with .... Jay Ammon Architect, Daniels Kashtan Downs Robertson & Magathan, Const. Support Services (Sr. Consultant Charges/Alejandro Perez) | 145.00 | 1,160.00 |
| 2.001-3 | 4 | 3/15/06 Shop-drawing and calculations review. Office meeting with George Haake from Const. Support Services (Sr. Consultant Charges/Alejandro Perez) | 145.00 | 580.00 |
| 2.001-6 | 4 | 3/21/06 Writing Report, report preparation, sorting through and inserting photographic record as required (Sr. Consultant Charges/Alejandro Perez) | 145.00 | 580.00 |
| 1.001-6 | 1.5 | 3/23/06 Conference call with Jan, Laura and Patricia (Principal Charges/John Medina) | 185.00 | 277.50 |
| 1.001-6 | 1.5 | 3/23/06 Research and working on reviewing files again (Principal Charges/John Medina) | 185.00 | 277.50 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | |
|---|---|
| CREDITS | |
| BALANCE DUE | |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

Page 1



**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL. 33155
Phone   305.740.7595
Fax       305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

**BILL TO**
Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131

PAID

| DUE DATE | 4/17/2006 |
|---|---|

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 7.001 | 5 | 3/24/06 Jobsite inspection and discovery of files (Principal Charges/John Medina) | 185.00 | 925.00 |
| 7.001 | 2 | 3/24/06 Conference call with Patricia, Jan and Laura to discuss issues and concerns (Principal Charges/John Medina) | 185.00 | 370.00 |
| 2.001-5 | 5 | 3/28/06 Jobsite meeting with Jan (Principal Charges/John Medina) | 185.00 | 925.00 |
| 2.001-3 | 1 | 4/3/06 Plan review (Sr. Consultant Charges/Alejandro Perez) | 145.00 | 145.00 |
| 1.001-6 | 0.5 | 4/3/06 Coordination meeting (Sr. Consultant Charges/Maria Moral) | 145.00 | 72.50 |
| 2.001-5 | 3 | 4/3/06 Meeting w/Raul Casares (Principal Charges/John Medina) | 185.00 | 555.00 |
| 1.001-6 | 1.5 | 4/3/06 Discussion with Jan, briefing on phone (Principal Charges/John Medina) | 185.00 | 277.50 |
| 1.001-6 | 1 | 4/3/06 Discussion with staff regarding re-design (Principal Charges/John Medina) | 185.00 | 185.00 |
| 1.001-6 | 1 | 4/3/06 Discussion with staff regarding inspections and proper report documentation (Principal Charges/John Medina) | 185.00 | 185.00 |
| 2.001-5 | 7.75 | 4/4/06 Job site meeting with GEI personnel (Greg) and George to discuss remedial work. Monitoring remedial work at apartment 901 (Sr. Consultant Charges/Alejandro Perez) | 145.00 | 1,123.75 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | |
|---|---|
| CREDITS | |
| BALANCE DUE | |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

Page 2



**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL. 33155
Phone   305.740.7595
Fax       305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

| BILL TO |
|---|
| Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131 |

PAID

| DUE DATE | 4/17/2006 |
|---|---|

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 2.001-2 | 0.5 | 4/4/06 Coordination of drawings (Sr. Consultant Charges/Maria Moral) | 145.00 | 72.50 |
| 1.001-6 | 3.5 | 4/4/06 Making additional copies, scanning elevations and floor plans. Revising it for presentation. Coordinating the window design and making window detail required (Consultant Charges/Monica Rodriguez) | 125.00 | 437.50 |
| 7.001 | 8 | 4/4/06 Inspection and consulting meeting of the doors and windows that will be fixed in the building (Consultant Charges/Yosuan Martinez) | 125.00 | 1,000.00 |
| 2.001-3 | 6.25 | 4/5/06 Working on details ( floor plans, elevations structural details and sections) (Consultant Charges/Monica Rodriguez) | 125.00 | 781.25 |
| 7.001 | 9.75 | 4/5/06 Inspection of the service being performed on the sliding glass doors in unit 901 (Consultant Charges/Yosuan Martinez) | 125.00 | 1,218.75 |
| 2.001-2 | 1 | 4/5/06 Review and Coordination of details (Sr. Consultant Charges/Maria Moral) | 145.00 | 145.00 |
| 2.001-1 | 9.5 | 4/6/06 Water tests on several parts of the exterior caulking and stucco in unit 13 on the 9th floor, and inspection of work being performed on the sliding glass doors (Consultant Charges/Yosuan Martinez) | 125.00 | 1,187.50 |
| 2.001-1 | 10.5 | 4/6/06 Performed water test using an ITI camera (Sr. Consultant Charges/Sergio Rios) | 145.00 | 1,522.50 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | |
|---|---|
| CREDITS | |
| BALANCE DUE | |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

Page 3

Miami Curtain Wall Consultants, Corp.
4901 SW 75th Avenue
Miami, FL. 33155
Phone  305.740.7595
Fax    305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

| DUE DATE | 4/17/2006 |
|---|---|

**BILL TO**

Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131

PAID

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 1.001-6 | 3 | 4/6/06 Working on additional corrections required as per revisions made and coordinating w/ John (Consultant Charges/Monica Rodriguez) | 125.00 | 375.00 |
| 2.001-2 | 1 | 4/6/06 Coordination of details (Sr. Consultant Charges/Maria Moral) | 145.00 | 145.00 |
| 1.001-6 | 4.75 | 4/7/06 Making corrections and coordinating details (Consultant Charges/Monica Rodriguez) | 125.00 | 593.75 |
| 2.001-2 | 5 | 4/7/06 Inspection at Ocean Grand and meeting with Jan and George which are the contractors. Inspection called off early due to insufficient materials to fix the doors and windows (Consultant Charges/Yosuan Martinez) | 125.00 | 625.00 |
| 7.001 | 1.5 | 4/10/06 Impacted/cycling with Raul casares, Jan D'Errico and Angel (Principal Charges/John Medina) | 185.00 | 277.50 |
| 2.001-3 | 3.25 | 4/10/06 Completion of details as required (Consultant Charges/Monica Rodriguez) | 125.00 | 406.25 |
| 2.001-6 | 6 | 4/10/06 Wrote report No. 3 for inspection performed on the 5th, 6th, and 7th of April. Downloaded and reviewed pictures, prepared report (Consultant Charges/Yosuan Martinez) | 125.00 | 750.00 |
| 2.001-2 | 1.5 | 4/11/06 Coordination of details (Consultant Charges/Celia Del Pino) | 125.00 | 187.50 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | |
|---|---|
| CREDITS | |
| BALANCE DUE | |

Please note that an additional 1.5% will be charged to all invoices over 30 days!



**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL 33155
Phone 305.740.7595
Fax 305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

| BILL TO |
|---|
| Carlton Fields, P.A.<br>Patricia H. Thompson, Esquire<br>4000 International Place<br>100 SE 2nd Street<br>Miami, FL 33131 |



| DUE DATE | 4/17/2006 |
|---|---|

| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 2.001-2 | 6.5 | 4/11/06 Coordinating set and details, corrections made (Consultant Charges/Monica Rodriguez) | 125.00 | 812.50 |
| 2.001-6 | 5.5 | 4/11/06 Inspection of installations being performed on the sliding glass doors and windows in the units (Consultant Charges/Yosuan Martinez) | 125.00 | 687.50 |
| 2.001-2 | 2 | 4/12/06 Preparation of documents meeting (Consultant Charges/Celia Del Pino) | 125.00 | 250.00 |
| 2.001-5 | 4 | 4/12/06 Discussion with Jan D'Errico and Angel in order to go over certain items (Principal Charges/John Medina) | 185.00 | 740.00 |
| 7.001 | 8.5 | 4/12/06 Supervised remedial work being performed on Sliding Doors and windows throughout the building (Consultant Charges/Yosuan Martinez) | 125.00 | 1,062.50 |
| 2.001-2 | 1 | 4/12/06 Coordination of final details and drawings (Sr. Consultant Charges/Maria Moral) | 145.00 | 145.00 |
| 7.001 | 9.5 | 4/13/06 Inspection of remedial work being performed throughout the building (Consultant Charges/Yosuan Martinez) | 125.00 | 1,187.50 |
| 2.001-6 | 4 | 4/14/06 Wrote report No. 4, downloaded pictures, reviewed pictures and placed them in report (Consultant Charges/Yosuan Martinez) | 125.00 | 500.00 |
| 1.001-6 | 0.5 | 4/14/06 Report #4 review and confirmation (Sr. Consultant Charges/Maria Moral) | 145.00 | 72.50 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | |
|---|---|
| CREDITS | |
| BALANCE DUE | |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

**Miami Curtain Wall Consultants, Corp.**
4901 SW 75th Avenue
Miami, FL. 33155
Phone   305.740.7595
Fax     305.740.5355
miamicurtainwall.com

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/17/2006 | 431217 |

| DUE DATE | 4/17/2006 |
|---|---|

**BILL TO**
Carlton Fields, P.A.
Patricia H. Thompson, Esquire
4000 International Place
100 SE 2nd Street
Miami, FL 33131



| ITEM CODE | QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 4.001 | | Reimbursables: Reprografia expenses | 30.30 | 30.30 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!

| TOTAL | $25,996.55 |
|---|---|
| CREDITS | $-25,996.55 |
| BALANCE DUE | $0.00 |

Please note that an additional 1.5% will be charged to all invoices over 30 days!