# CSSI
# MONTHLY TIME SHEET

CSSI Representative: Janet D'Errico
Principal: Miller and Solomon
Project: Ocean Grande Condominiums

| Date | Hours | Summary of Time |
|---|---|---|
| 03/01/06 | 3.5 travel | To Fort Lauderdale for meeting with Miller/Solomon and Klemow |
|  | 2 | Meet with Laura and George Haake to discuss issues |
| 03/02/06 | 8 | Meet with Klemow, G. Smith, L. Kibler, L. Mahler and P. Thompson on issues. |
|  | 4 travel | Return travel to Orlando from Fort Lauderdale |
| 03/03/06 | 3.5 | Letters to subcontractors, attorneys, owners on Hill Unit, windows and wall construction (from meeting on 3-2-06) |
| 03/07/06 | 5 | Schedule discussion with Laura; letters and calls to Snaidero; emails on completion; e-mails on subcontractor notices; telcon with Sheldon Gross on progress; telcons with SVP on Marble; East Coast on stucco work; Telcons (4) with John Medina at Miami Curtainwall, |
| 03/09/06 | 1.5 | Teleconference with John Medina, Patricia and Laura on 3-7-06 site inspections. |
| 03/13/06 | 4.2 | Letters, emails and reports on Ocean Grande  Several calls with John Medina on window in 302.  Telcons with Brad at property about unit access |
| 03/14/06 | 6.5 | Letters to subcontractors.  Copy all of Southern Masonry file and send to Laura.  Letters to S. Masonry, East Coast; copy files inventory for Laura and send.  Send out Willcott "matrix" and John Median report to Laura and Patricia. |
| 03/17/06 | 3.2 | Trying to find a glass and glazing contractor.  Answering e-mails; marked up warranty and leak issue list to send to Patricia Thompson to send to R.C. Alum.  Telcon with John Medina and Jeff Choopani on unit 302.  Issue on NOA.  Telcon with Laura on protocol between CSSI and Carlton Fields  Notifying subs that we are going forward with work. |
| 03/23/06 | 5.5 | Ordered cabinet doors for Gross unit.  Responded to e-mails;  Telcons with John Medina on the windows.  Make up sign off forms for warranty work.  Conference call at 3:00 pm with Patricia Thompson, John Medina, George Haake, Larry Kibler, Jan D'Errico and Dave Roach on RC Alum · |
| 03/24/06 | 8 | Round trip to Fort Lauderdale and back for meeting at Hill Unit with John Medina |
| 03/28/06 | 8 | Roundtrip Orlando to Miami to meet with John Medina on windows |
|  | 4.5 | Meeting at Johns Office to work on issues with casement windows |
| 03/29/06 | 1 | Telconf. With Larry Kibler and Laura on RC Alum. And the casement windows. |
|  | 56.7 | TOTAL |
|  | 7.5 | Travel |

Submitted By

# Construction Support Services Inc.

## CSSI
### MONTHLY TIME SHEET

CSSI Representative: Dino D'Errico
Principal: Miller & Solomon
Project: Ocean Grande

WEEK ENDING: 11-Mar
PROJECTS: Ocean
Palmett
PRINCIPALS: Miller &
Phase M
CLIENTS: Hartford
St. Paul

| DAY | DATE |
|---|---|
| SUN. | 3/5/200 |
| MON. | 3/6/200 |
| TUE. | 3/7/200 |
| WED. | 3/8/200 |
| THURS. | 3/9/200 |
| FRI. | 3/10/20 |
| SAT. | 3/11/20 |
| WEEK LUMP SUM - | |
| TRIP TOTALS | |
| TOTAL EXPENSES: | |
| LESS COMPANY CHAR( | |
| REIMBURSABLE TO RE | |

5448 Hoffner Ave.e

| Date | Hours | Summary of Time |
|---|---|---|
| 03/08/06 | 5 | Met on site with various parties to observe condition was removed from exterior wall. |
| | 3.5 Travel | Return to Orlando |
| | | |

| | | |
|---|---|---|
| | 5 | TOTAL REGULAR HOURS |
| | 3.5 | TOTAL TRAVEL HOURS |

# CSSI
## MONTHLY TIME SHEET

CSSI Representative:   George Haake
Principal:             Phase Masters, Inc.
Project:               Palmetto General Hospital

| Date | Hours | Summary of Time |
|---|---|---|
| 03/07/06 | 6.5 | work remaining. |
| 03/13/06 | 3 Travel | |
| | 3.5 | On site |
| 03/15/06 | 8 | On site |
| 03/20/06 | 4 travel | |
| | 8.5 | On site |
| 03/29/06 | 6 | On site |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | 32.5 | TOTAL |
| | 7 | TRAVEL |

Submitted By

# Construction
# Support
# Services
# Inc.

## WEEKLY TIME SHEET

Week Ending: __3-10-06__          Job Number __26-OCT-200__

Project: __Palmetto General Hospital__          Total Hours Below _____

Client __St. Paul Travelers – Bill Schiavoni__          CSSI Rep __George Haake__

| DAY | DATE | HOURS | SUMMARY OF TIME |
|---|---|---|---|
| SUNDAY | | | |
| MONDAY | | | |
| TUESDAY | 3 / 7 | 8 65 | RCO meeting <br> Demo onsite <br> Jeff John Bill D. Bob S |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | | | |
| SATURDAY | | | |

# Construction
# Support
# Services
# Inc.

## WEEKLY TIME SHEET

Week Ending: ___3-17-06___     Job Number __26-OCT-200__

Project: __Palmetto General Hospital__     Total Hours Below __14.50__

Client __St. Paul Travelers – Bill Schiavoni__     CSSI Rep __George Haake__

| DAY | DATE | HOURS | SUMMARY OF TIME |
|---|---|---|---|
| SUNDAY | | | |
| MONDAY | 3/12 | 3.50 +3 drive | On site |
| TUESDAY | 3/14 | | |
| WEDNESDAY | 3/15 | .8 | Job Meeting |
| THURSDAY | 3/16 | | |
| FRIDAY | 3/17/06 | | |
| SATURDAY | | | |

Construction
Support
Services
Inc.

## WEEKLY TIME SHEET

Week Ending: _____     Job Number __26-OCT-200

Project: ___Palmetto General Hospital_____     Total Hours Below _12-5-0_

Client ___St. Paul Travelers – Bill Schiavoni_____     CSSI Rep ___George Haake

| DAY | DATE | HOURS | SUMMARY OF TIME |
|---|---|---|---|
| SUNDAY | | | |
| MONDAY | 12,50 | 3 1 2° 66 | AHCA Hospital Inspection Passed & more week till start ~~next~~ LAST ② OR. approximatly 8-10 week Left |
| | | | |
| TUESDAY | | | |
| WEDNESDAY | | | |
| THURSDAY | | | |
| FRIDAY | | | |
| SATURDAY | | | |

Construction
Support
Services
Inc.

# WEEKLY TIME SHEET

Week Ending: _4-1-06_                        Job Number _26-OCT-200_

Project: _Palmetto General Hospital_         Total Hours Below _6_

Client _St. Paul Travelers ~ Bill Schiavoni_   CSSI Rep _George Haake_

| DAY | DATE | HOURS | SUMMARY OF TIME |
|---|---|---|---|
| SUNDAY | | | |
| MONDAY | | | |
| TUESDAY | | | |
| WEDNESDAY | 3/29/06 | 6 | JOB meetings |
| THURSDAY | | | |
| FRIDAY | | | |
| SATURDAY | | | |

# PROJECT  WEEKLY EXPENSES

WEEK ENDING:    11-Mar-06               TOTAL BELOW:              $867.87

PROJECTS:          Palmetto General Hospital        $        135.55

                      Ocean Grande                   $        732.32

CLIENTS:           St. Paul/Travelers

                      Hartford                  CSSI Rep:            George Haake

| DATE | AMOUNT PAID TO VENDOR | | | PAID TO |
| | CASH | AM EX CARD | HOME DEPOT CARD | |
|---|---|---|---|---|
| 3/6/2006 | $ 25.00 | | | |
| 3/7/2006 | $ 25.00 | | | George - per diem |
| 3/8/2006 | $ 25.00 | | | George - per diem |
| 3/9/2006 | $ 25.00 | | | George - per diem |
| 3/10/2006 | $ 25.00 | | | George - per diem |
| 3/10/2006 | | $ 439.56 | | Hampton Inn |
| 3/7/2006 | | $ 60.14 | | Mobil |
| 3/10/2006 | | $ 53.07 | | Sunoco |
| 3/9/2006 | | $ 118.01 | | Lowes - Ocean Grande |
| 3/6/2006 | | $ 25.37 | | Lowes - Ocean Grande |
| 3/9/2006 | | $ 46.72 | | Home Depot - Ocean Grande |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $ 125.00 | $ 742.87 | $ - | *Grand Total*    $    *867.87* |

Ocean Grande           $      732.32   4/5 + materials & equipment

Palmetto General      $      135.55   1/5

                          $      867.87

# Construction Support Services Inc.

## WEEKLY EXPENSE REPORT

| | | |
|---|---|---|
| WEEK ENDING: | 18-Mar-06 | TOTAL BELOW: | $728.02 |
| PROJECTS: | Palmetto General Hospital | $ | 216.20 |
| | Ocean Grande | $ | 439.75 |
| | Carter Park | $ | 72.07 |

| | | |
|---|---|---|
| CLIENTS: | St. Paul/Travelers | |
| | Hartford | CSSI Rep: | George Haake |

| DATE | AMOUNT PAID TO VENDOR | | | PAID TO |
|------|------|------|------|------|
| | CASH | AM EX CARD | HOME DEPOT CARD | |
| 3/13/2006 | $ 25.00 | | | |
| 3/14/2006 | $ 25.00 | | | George - per diem |
| 3/15/2006 | $ 25.00 | | | George - per diem |
| 3/16/2006 | $ 25.00 | | | George - per diem |
| 3/17/2006 | $ 25.00 | | | George - per diem |
| 3/17/2006 | | $ 439.56 | | Hampton Inn |
| 3/14/2006 | | $ 55.93 | | Amoco |
| 3/13/2006 | | $ 26.96 | | 7-11 |
| 3/17/2006 | | $ 64.98 | | Chevron |
| 3/14/2006 | | $ 7.34 | | Lowes – Ocean Grande |
| | $ 8.25 | | | tolls |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $ 133.25 | $ 594.77 | $ - | Grand Total $ 728.02 |

| | | |
|---|---|---|
| Ocean Grande | $ 439.75 | 3/5 + materials & equipment |
| Palmetto General | $ 216.20 | 3/10 |
| Carter Park | $ 72.07 | 1/10 |
| | $ 728.02 | |

5448 Hoffner Ave.• Suite 207• Orlando, FL 32812 • (407)658-8585 Fax (407) 658-8613

E-mail: CSSI@prodigy.net

# Construction
# Support
# Services
# Inc.

## PROJECT WEEKLY EXPENSES

WEEK ENDING: _3-17-06_   TOTAL BELOW: _728.02_

PROJECTS: _Pallmetto, Ocean Grand_   CSSI REP:   George Haake
_Carter_

| DATE | AMOUNT PAID TO VENDOR | | | PAID TO |
| | CASH | AM EX CARD | HOME DEPOT CARD | |
|------|------|-----------|------------|---------|
| 3-13 | 25 — | 26.96 | | Gas MZ |
| 3-14 | 25 — | 558.3 | | to gas Ft.Lawb. |
| 3-15 | 25 — | 7.34 | | Lowes |
| 3-16 | 25 — | | | |
| 3-17 | 25 — | 8.98 | | Gas STimal |
| | | 43.56 | | Hampton |
| | 8.25 | | | Tolls |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $133.25 | $594.77 | $ | |

5448 Hoffner Ave. • Suite 207 • Orlando, FL 32812 • (407) 658-8585 • FAX (407) 658-8613
E-mail: CSSI@prodigy.net