IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24590-CIV-KING

HARTFORD ACCIDENT AND INDEMNITY
COMPANY, a foreign corporation, as equitable
subrogee and real party in interest on behalf of
Miller & Solomon General Contractors, Inc.,

    Plaintiff,

v.

CRUM & FORSTER SPECIALITY
INSURANCE CORPORATION, a foreign
corporation,

    Defendant.
_____/

HARTFORD ACCIDENT AND INDEMNITY
COMPANY, a foreign corporation, as equitable
subrogee and real party in interest on behalf of
Miller & Solomon General Contractors, Inc.,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a foreign
corporation,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasoning stated in the Court's Order Granting Defendant Westchester Surplus Lines Insurance Company's Motion for Summary Judgment (DE #194), it is **ORDERED, ADJUDGED,** and **DECREED:**

1. Final Judgment is hereby entered in favor of Defendant Westchester Surplus Lines Insurance Company.

2. The Clerk shall **CLOSE** this case.

3. The Court **RETAINS** jurisdiction for a determination of fees and costs, if any.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21 day of June, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: *All counsel of record*