# EXHIBIT C

  

Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

**PARTNERS**



# Holly S. Harvey

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130  

Main: 305-446-2646  
Direct: 305-329-1792  
Fax: 305-441-2374  
E-mail: harvey@tdflaw.com  

Ms. Harvey specializes in trial and appellate work in state and federal courts in insurance coverage and bad faith litigation and mass disasters. She is also responsible for appeals and litigation support in products liability, intellectual property, and commercial litigation.

| | |
|---|---|
| PROFESSIONAL: | AV rated by Martindale-Hubbell |
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.  —  1993 - Present  —  Partner |
| | University of Miami School of Law  —  1991 - 1992  —  Prof. Michael Fischl, Research Assistant |
| ADMISSIONS: | United States Supreme Court; U.S. Court of Appeals for the First and Eleventh Circuits; U.S. District Court for the Southern, Middle and Northern Districts of Florida; all Florida state trial and appellate courts |
| MEMBERSHIPS: | Co-Chair, Complex Torts Subcommittee of the Corporate Counsel Committee of the Section of Litigation and Tort Trial and Insurance Section, American Bar Association (2006 – 2009) |
| | International Aviation Women's Association |
| | Florida Association for Women Lawyers |
| | Appointed to The Florida Bar Appellate Rules Liaison Committee and the Appellate Practice and Advocacy Section Publications Committee |
| | University of Miami Biosafety Committee (1995 – 2000) |
| PUBLICATIONS AND LECTURES: | Co-author of "Getting Others & Their Insurers to Pay You: Additional Insured Coverage," Harris Martin's Chinese Drywall Litigation Conference (2010) |
| | Co-author of Recent Developments in Insurance Coverage Litigation, 38 Tort Trial & Ins. Practice L. J. 447 (2003) |
| | Of Flogging and Electric Shock: A Comparative Tale of Colonialism, Commonwealths, and the Cat-O'-Nine Tails, 24 U. Miami Inter-Am. L. Rev. 87 (1992) |
| | Florida CLE lecture topics include: The Economic Loss Rule, Diversity of Citizenship in Cases Involving Lloyd's Insurers, 1994 Amendments to the Federal Rules of Civil Procedure, Medicare Subrogation and Third Party Liability |
| Reported Decisions: | Representative reported decisions include: *Rolyn Cos., Inc. v. R&J Sales of Texas, Inc.*, No. 09-16348, 2001 WL 320421 (11th Cir. Feb. 2, 2011); *Aronowitz v. Health-Chem Corp.*, 513 F.3d 1229 (11th Cir. 2008); *Royal Ins. Co. v. Latin America Aviation Servs., Inc.*, 210 F.3d 1348 (11th Cir. 2000); *McAleer v. Smith*, 57 F.3d 109 (1st Cir. 1995); *Anthony v. G.M.D. Airline Servs., Inc.*, 17 F.3d 490 (1st Cir. 1994); *U.S. Fire Ins. Co. v. Milood Ben Ali*, 198 F. Supp. 2d 1313 (S.D. Fla. 2002); *General Star Indem. Co. v. Boran Craig Barber Engel Constr. Co., Inc.*, 895 So. 2d 1136 (Fla. Dist. Ct. App. 2005); *Great American Ins. Cos. v. Souza*, 855 So. 2d 187 (Fla. Dist. Ct. App. 2003); *Aerolineas Argentinas, S.A. v. Gimenez*, 807 So. 2d 111 (Fla. Dist. Ct. App. 2002); *Underwriters of Lloyd's of London v. CZX Prods., Inc.*, 686 So. 2d 706 (Fla. Dist. Ct. App. 1996) |
| EDUCATION: | University of Miami School of Law, J.D., 1992, *Cum Laude*  —  Law Review Research and Writing Editor |
| | Barry University, B.P.S., 1989 |




Home    Who We Are    What We Do    Why Choose Us    Attorneys    Representative Clients    Practice Areas    Contact Us

### PARTNERS



# Michael C. Gordon

| | |
|---|---|
| Thornton, Davis & Fein, P.A. | Main: 305-446-2646 |
| Brickell BayView Centre | Direct: 305-329-1796 |
| 80 SW 8th Street, Suite 2900 | Fax: 305-441-2374 |
| Miami, Florida 33130 | E-mail: gordon@tdflaw.com |

Mr. Gordon has extensive experience as trial counsel in numerous complex civil litigation matters including products liability cases involving automobile component parts, tires, riding lawn tractors, lift trucks and ladders, aviation disasters, catastrophic trucking accidents, medical malpractice, premises liability and construction disputes. He has also successfully represented life insurance companies and other insurers in various insurance related litigation and coverage matters.

**EMPLOYMENT:**    Thornton, Davis & Fein, P.A.    2003 - Present
Partner

Nicklaus, Hyatt & Pena, P.A.    1999 - 2003
Associate

**ADMISSIONS:**    All U.S. District Courts of Florida; all Florida state courts

**MEMBERSHIPS:**    Defense Research Institute

Risk and Insurance Management Society

South Florida Claims Association

Florida Hospital Association

**EDUCATION:**    New York Law School, J.D., 1998, *Cum Laude*
Notes and Comments Editor, New York Law School Law Review
Recipient, Murray Stockman Memorial Award for the Highest Average in the Law of Evidence

University of Florida, B.A., 1995
Golden Key National Honor Society, Dean's list

**AWARDS:**    Listed as one of South Florida's Best Attorneys in South Florida's Legal Guide 2001 Edition

Listed in Florida Super Lawyers 2009 - Present

Listed in Florida Trend Magazine's "Florida Legal Elite" in 2010




Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

OF COUNSEL



# Daniella Friedman

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130  

Main: 305-446-2646  
Direct: 305-374-1720  
Fax: 305-441-2374  
E-mail: friedman@tdflaw.com  

Ms. Friedman is Of Counsel to the Firm, is an experienced civil litigator and appellate counsel. She has handled a wide range of civil litigation matters including complex commercial litigation, international litigation, products liability cases, and appellate matters. She has extensive experience litigating international commercial and products liability disputes involving complex jurisdiction and forum selection issues. She has represented multinational companies, financial institutions, and business owners in complex business, shareholder, and real estate disputes involving multiple parties in state and federal trial and appellate courts.

| | | |
|---|---|---|
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.<br>Of Counsel | 2006 – Present |
| | Montello & Friedman, P.A.<br>Partner | 2005 – 2006 |
| | Astigarraga Davis Mullins & Grossman, P.A.<br>Senior Counsel | 2002 – 2005 |
| | Russo Appellate Firm<br>Associate | 2001 |
| | Ruden, McClosky, Smith, Schuster & Russell, P.A.<br>Associate | 1995 – 2000 |
| | KPMG Peat Marwick<br>Senior Accountant | 1990 – 1992 |
| ADMISSIONS: | U.S. District Court for the Southern and Middle Districts of Florida; all Florida state courts | |
| MEMBERSHIPS: | Federal Court Committee of The Florida Bar (2005 – 2008)<br>International Litigation and Arbitration Committee of the International Law Section of The Florida Bar (2002 – 2005)<br>Appellate Committee of the Dade County Bar Association (2001 – 2005) | |
| LECTURES: | International Law Update and Certification Review Course – "International Litigation and Arbitration" (2005)<br><br>International Litigation Update Seminar – "Overview of Personal Jurisdiction Developments" (2003) | |
| EDUCATION: | University of Florida, J.D., 1995, with honors<br>Justice Campbell Thornal Moot Court Board<br>Appellate Advocacy Teaching Fellow<br>Governor C. Farris Bryant Book Award in Florida Constitutional Law<br>Book Award in Legal Drafting<br><br>University of Florida, B.S. in Accounting with honors, 1990 | |

 

Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

ASSOCIATES



### Carly M. Celmer

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130  

Main: 305-446-2646  
Direct: 305-329-1794  
Fax: 305-441-2374  
E-mail: celmer@tdflaw.com

Ms. Celmer's practice focuses on civil litigation matters including complex products liability and general liability cases.

| | | |
|---|---|---|
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.<br>Associate | 2008 - Present |
| | Cole, Scott & Kissane, P.A.<br>Associate | 2006 - 2008 |
| ADMISSIONS: | U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Southern, Middle and Northern Districts of Florida; all Florida state courts | |
| MEMBERSHIPS: | Dade County Bar Association<br>American Bar Association | |
| EDUCATION: | University of Miami, J.D., 2006<br>Florida State University, B.S., 2003 | |
| AWARDS: | 2005 Florida Association of Criminal Defense Lawyers (FACDL) Award | |
| PUBLICATIONS: | "We the People: A Civic Experience," The Florida Bar Journal, January 2000 | |

 

Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

## ASSOCIATES



### Nanci R. Schanerman

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130

Main: 305-446-2646  
Direct: (305) 358-9273  
Fax: 305-441-2374  
E-mail: schanerman@tdflaw.com

Ms. Schanerman's practice focuses on civil litigation matters including complex products liability, class actions, premises liability, and general liability cases.

| | | |
|---|---|---|
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.<br>Associate | 2011 - Present |
| | Russo Appellate Firm, P.A.<br>Law Clerk | 2011 |
| ADMISSIONS: | United States District Court for the Southern District of Florida; all Florida state courts | |
| MEMBERSHIPS: | Dade County Bar Association<br><br>American Bar Association | |
| EDUCATION: | University of Miami School of Law, Juris Doctor, *Magna Cum Laude,* 2011<br>Symposium Editor, *University of Miami Inter-American Law Review*<br>Dean's Fellow<br>Dean's Merit Scholar<br>Outstanding Merit Scholar<br><br>New York University, B.A. 2008 | |
| PUBLICATIONS: | NANCI R. SCHANERMAN, *Comity: The Last Nail in the Coffin of Institutional Homophobia,* 42 U. MIAMI INTER-AM. L. REV. 143 (Fall 2010). | |

  

Home　Who We Are　What We Do　Why Choose Us　Attorneys　Representative Clients　Practice Areas　Contact Us

## PARTNERS



### Barry L. Davis

Thornton, Davis & Fein, P.A.　　Main: 305-446-2646
Brickell BayView Centre　　　　Direct: 305-329-1801
80 SW 8th Street, Suite 2900　　Fax: 305-441-2374
Miami, Florida 33130　　　　　　E-mail: davis@tdflaw.com

Mr. Davis has been a practicing trial lawyer for 25+ years. He has acted as lead counsel in more than 50 trials of complex civil litigation matters. Among them are mass disaster litigation, class actions, products liability cases involving drugs and medical devices, tires and industrial equipment, quadriplegia and brain damage cases, intellectual property, negligent security, professional malpractice, insurance bad faith and fraud. Mr. Davis is also called upon to serve as national coordinating counsel and local counsel.

**PROFESSIONAL:**　AV rated by Martindale Hubbell

Achieved Board Certification as a Civil Trial Lawyer by the Florida Bar (held by less than 1½ % of all Florida lawyers)

Law Professor (Adjunct) 1983 – 1986, St. Thomas University School of Law
Taught classes in products liability, settlement negotiation and coach of the trial team

**EMPLOYMENT:**

| | |
|---|---|
| Thornton, Davis & Fein, P.A.<br>Senior Managing Partner | 1981 - Present |
| Howard Brawner & Lovett<br>Associate | 1981 |
| Frates, Floyd, Pearson & Stewart<br>Associate | 1980 |

**ADMISSIONS:**　United States Supreme Court; U.S. Court of Appeals for the Fifth and Eleventh Circuits; all U.S. District Courts in Florida; all Florida state courts

**MEMBERSHIPS:**　Selected every year by a Peer Vote as a Florida "Super Lawyer" in the Field of Civil Litigation

International Association of Defense Counsel (IADC)
*[Trial Academy Faculty]*

Products Liability Advisory Council (PLAC)

Dade County Bar Association – Director

**EDUCATION:**　University of Florida College of Law, J.D., 1979

University of Florida, B.S., 1976
Florida Blue Key
President – Tau Epsilon Phi Fraternity




Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

ASSOCIATES



# Daniel R. Lever

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130

Main: 305-446-2646  
Direct: 305-329-1806  
Fax: 305-441-2374  
E-mail: lever@tdflaw.com

Mr. Lever's practice focuses on complex civil litigation and class action matters including complex products liability, construction, and telecommunications cases.

| | | |
|---|---|---|
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.<br>Associate | 2007 - Present |
| ADMISSIONS: | U.S. District Court for the Southern, Middle and Northern Districts of Florida; all Florida state courts | |
| MEMBERSHIPS: | American Bar Association – Young Lawyers Division<br><br>University of Miami H.O.P.E. Program<br><br>American Inns of Court | |
| EDUCATION: | University of Miami School of Law, J.D., 2007<br><br>Boston College, Carroll School of Management Honors Program, B.S., 2002 | |

 

Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

ASSOCIATES



### Daniel B. Weiss

| Thornton, Davis & Fein, P.A. | Main: 305-446-2646 |
| Brickell BayView Centre | Direct: 305-329-1811 |
| 80 SW 8th Street, Suite 2900 | Fax: 305-441-2374 |
| Miami, Florida 33130 | E-mail: weiss@tdflaw.com |

Mr. Weiss joined Thornton, Davis & Fein, P.A. as an associate after a 17-year career in the aviation maintenance industry. His aviation experience includes Airframe & Powerplant Technician, Aircraft Maintenance Supervisor, and Level II Non-Destructive Testing Inspector in all fields.

Mr. Weiss has handled a wide range of civil litigation matters including complex products liability cases, personal injury cases, construction defect cases and complex commercial litigation. Mr. Weiss is licensed to practice in all state and federal courts in Florida.

**EMPLOYMENT:**  Thornton, Davis & Fein, P.A.      2006 - Present
Associate

**ADMISSIONS:**  U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Southern, Middle and Northern Districts of Florida; all Florida state courts

**EDUCATION:**  University of Miami School of Law, J.D., 2005, *Cum Laude*
Deans Merit Scholar

Florida International University, B.A., 2003, *Summa Cum Laude*

Embry Riddle Aeronautical University, A.S. (1983)
Deans list

**PUBLICATIONS:**  Product Liability and Safety Concerns Amid the Growing Custom Motorcycle Industry, 14 U. Miami Bus. L. Rev. 241, (2005)

  

Home | Who We Are | What We Do | Why Choose Us | Attorneys | Representative Clients | Practice Areas | Contact Us

OF COUNSEL



# Jessica S. Forbes

Thornton, Davis & Fein, P.A.  
Brickell BayView Centre  
80 SW 8th Street, Suite 2900  
Miami, Florida 33130  

Main: 305-446-2646  
Direct: 305-329-1793  
Fax: 305-441-2374  
E-mail: forbes@tdflaw.com

Ms. Forbes is Of Counsel to the Firm and has 14+ years of experience in litigation and appellate work in both state and federal courts. She was previously a partner at Wagenfeld Levine where she specialized in personal injury and products liability litigation. Ms. Forbes presently concentrates her practice in insurance coverage and dispute litigation.

| | | |
|---|---|---|
| **EMPLOYMENT:** | Thornton, Davis & Fein, P.A.<br>Of Counsel | 2007 – Present |
| | Wagenfeld Levine, P.A.<br>Partner | 2002 – 2007 |
| | Law Offices of Clinton Flagg, P.A. | 1999 – 2002 |
| | Speigel & Utrera, P.A. | 1998 – 1999 |
| | Public Defenders Office<br>18th Judicial Circuit | 1996 – 1998 |
| **ADMISSIONS:** | U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Southern and Middle Districts of Florida; all Florida state courts | |
| **MEMBERSHIPS:** | Florida Association of Women Lawyers | |
| **EDUCATION:** | District of Columbia School of Law, J.D., 1995 | |
| | Rutgers University, B.A., 1992 | |




Home   Who We Are   What We Do   Why Choose Us   Attorneys   Representative Clients   Practice Areas   Contact Us

## ASSOCIATES



### Perry R. Goodman

Thornton, Davis & Fein, P.A.     Main: 305-446-2646
Brickell BayView Centre     Direct: 305-329-1789
80 SW 8th Street, Suite 2900     Fax: 305-441-2374
Miami, Florida 33130     E-mail: goodman@tdflaw.com

Mr. Goodman's practice focuses on insurance coverage and bad faith litigation in state and federal courts. He also has experience in commercial litigation and municipal law.

| | | |
|---|---|---|
| EMPLOYMENT: | Thornton, Davis & Fein, P.A.<br>Associate | 2009 - Present |
| | Ver Ploeg & Lumpkin, P.A.<br>Associate | 2007 - 2009 |
| | Cohen and Wolf, P.C.<br>Associate | 2004 - 2007 |
| ADMISSIONS: | U.S. District Court for the Southern and Middle Districts of Florida; U.S. District Court for the District of Connecticut; all Florida state courts; all Connecticut state courts | |
| MEMBERSHIPS: | American Bar Association | |
| | Dade County Bar Association | |
| | Connecticut Bar Association | |
| EDUCATION: | University of Virginia School of Law, J.D., 2004<br>Managing Editor of Virginia Tax Review | |
| | University of Pennsylvania, B.A., 2001, *Magna Cum Laude*, in International Relations and French | |

Case 1:10-cv-24590-JLK Document 209-3 Entered on FLSD Docket 07/25/2012 Page 12 of 13

Hartford Casualty & Indemnity Company v. Crum & Forster Specialty Company
United States Southern District of Florida- Case No.: 10-24590-CV-KING

**TDF PARALEGAL SUMMARIES: EDUCATION & LEGAL EXPERIENCE**

# Cyndi E. Gordon

| | |
|---|---|
| 2007- Present | **Thornton, Davis & Fein, P.A.-*Paralegal*** <br> Brickell Bayview Centre, Suite 2900 <br> 80 Southwest 8th Street <br> Miami, FL 33130 |
| 2004-2006 | **Rumberger, Kirk, & Caldwell-*Paralegal*** <br> Brickell Bayview Centre, Suite 3000 <br> 80 Southwest 8th Street <br> Miami, FL 33130 |
| 2002-2004 | **Peckar & Abramson-*Paralegal*** <br> One Southeast Third Avenue <br> Suite 3100 <br> Miami, FL 33131 |
| 1985-2002 | **Morrison & Foerster-*Paralegal*** <br> 555 West Fifth Street, Suite 3500 <br> Los Angeles, CA 90013 |
| EDUCATION: | **University of Florida** <br> Bachelor's: Political Science |

# Melaney Balsa

| | |
|---|---|
| 2011- Present | **Thornton, Davis & Fein, P.A.-*Paralegal*** <br> Brickell Bayview Centre, Suite 2900 <br> 80 Southwest 8th Street <br> Miami, FL 33130 |
| 2010 – 2011 | **WNF Law, P.L.-*Paralegal*** <br> Miami Center <br> 201 S. Biscayne Boulevard, 34th Floor <br> Miami, Florida 33131 |
| 2008 – 2010 | **Weissman, Dervishi, P.A.-*Paralegal*** <br> SunTrust International Center <br> One S.E. 3rd Avenue, Suite 1700 <br> Miami, Florida 33131 |
| 2007 –2008 | **Aronfeld & Associates, P.A.-*Paralegal*** <br> 3132 Ponce de León Boulevard <br> Coral Gables, Florida 33134 |
| EDUCATION: | **University of Miami** <br> Certificate-Paralegal Studies <br><br> **Nova Southeastern University** <br> **Fischer School of Education** <br> Bachelor's: Education-*pending internship |

Hartford Casualty & Indemnity Company v. Crum & Forster Specialty Company
United States Southern District of Florida- Case No.: 10-24590-CV-KING

**TDF PARALEGAL SUMMARIES: EDUCATION & LEGAL EXPERIENCE**

# MITCHELL T. HOLDER

2007- Present      **Thornton, Davis & Fein, P. A.-*Paralegal***
Brickell Bayview Centre, Suite 2900
80 Southwest 8th Street
Miami, FL 33130

EDUCATION:      G.E.D.

# B. JASMIN ARRECHEA

2010- Present      **Thornton, Davis & Fein, P. A.-*Paralegal***
Brickell Bayview Centre, Suite 2900
80 Southwest 8th Street
Miami, FL 33130

EDUCATION:      **Florida International University**
**College of Urban & Public Affairs**
Bachelor's: Criminal Justice-*Pending 2 semesters of classes

**Vance-Granville Community College**
Associate's: Criminal Justice
Phi-Theta Kappa Honors