# **EXHIBIT E**

# CARLTON FIELDS

FED. ID 59-1233896.

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY   AUGUST 29, 2007
OCEAN GRANDE, MILLER & SOLOMON            REF. NO.  40267-27004
INVOICE NUMBER 470464                      PAGE   10

'TORNEY FEE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| LP | K. L. PEAKE | 14.30 hours at | $230.00 = | | 3289.00 |
| ST | T. S. TAYLOR | 19.20 hours at | $270.00 = | | 5184.00 |
| HT | P. H. THOMPSON | 0.40 hours at | $0.00 = | | .00 |
| S* | S. SMITH* | 13.90 hours at | $165.00 = | | 2293.50 |
| | TOTALS | 47.40 | | | $10,766.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JULY 31, 2007

COPYING COST                                                  155.10
TELEPHONE                                                       3.60
'/25/07 COPYING COST - VENDOR: MINIT PRINT - COPIES OF        205.87
        EXHIBITS TO CROSS-CLAIM AND THIRD PARTY CLAIMS

TOTAL COSTS AS POSTED THROUGH JULY 31, 2007                  $364.57
                                                        ------------
                               INVOICE 470464 TOTAL       $11,131.07
                                                        ------------


BALANCE DUE FROM PREVIOUS STATEMENT                       $74,031.82
LESS: PAYMENTS                                                 $.00

                                                        ------------
                               TOTAL AMOUNT DUE           $85,162.89
                                                        ============

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY    SEPTEMBER 28, 2007
OCEAN GRANDE; MILLER & SOLOMON              REF. NO.  40267-27004
INVOICE NUMBER 473897                        PAGE    4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/26/07 | TST | RECEIVE AND REVIEW OTIS ELEVATOR'S MOTION TO COMPEL DISCOVERY. | .10 | 27.00 |
| 8/29/07 | KLP | REVIEW LETTER TO NEW ATTORNEY FOR GREEN POOLS RE CROSS-CLAIM. | .10 | 23.00 |
| 8/29/07 | TST | RECEIVE AND REVIEW FAX FROM JAN D'ERRICO RE: REMEDIAL WORK ON GROSS UNIT. | .10 | 27.00 |
| 8/29/07 | TST | TELEPHONE CONFERENCE WITH LAURA MAHLER RE: ISSUES WITH GROSS UNIT 909. | .20 | 54.00 |
| 8/29/07 | SS* | PREPARE THIRD PARTY COMPLAINT AND CROSS CLAIM FOR MAILING TO TIMOTHY KENNEY, NEW ATTORNEY FOR ED. GREEN POOLS AND FORWARD SAME. | .20 | NO CHARGE |
| 8/29/07 | SS* | REVIEW ORDER GRANTING SUBSTITUTION OF COUNSEL (.1); PREPARE LETTER TO TIMOTHY KENNEY NEW ATTORNEY FOR ED GREEN POOLS FORWARDING MILLER & SOLOMON THIRD PARTY COMPLAINT AND CROSSCLAIM FOR ATTORNEY'S REVIEW (.1). | .20 | 33.00 |
| 8/31/07 | SS* | REVIEW PENDING DISCOVERY REQUEST TO MILLER & SOLOMON FROM VARIOUS PARTIES IN PREPARATION OF RESPONSES OR NEXT STEP TO BE TAKEN ON. | .20 | 33.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $3,693.00

ATTORNEY FEE SUMMARY

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| KLP | K. L. PEAKE | 0.30 hours at | $230.00 = | 69.00 |
| TST | T. S. TAYLOR | 11.10 hours at | $270.00 = | 2997.00 |
| SS* | S. SMITH* | 0.20 hours at | $0.00 = | .00 |
| SS* | S. SMITH* | 3.80 hours at | $165.00 = | 627.00 |
| | TOTALS | 15.20 | | $3,693.00 |

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY  FEBRUARY 29, 2008
OCEAN GRANDE, MILLER & SOLOMON  REF. NO. 40267-27004
INVOICE NUMBER 491302  PAGE 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/28/08 | SS* | RESERACH ATC ISSUES ON SERVICE AND WHETHER WE NOTIFIED CORRECT ENTITY, IN RESPONSE TO ATC INTERNATIONAL ANSWER AND DEFENSES. ADVISE ATTORNEY OF ATC NAME CHANGE IN 2004. | .40 | 68.00 |
| 1/28/08 | SS* | MEETING WITH JUAN FROM IKON RE: DOCUMENTS AT WAREHOUSE THAT HE NEEDS TO PICK UP AND HAVE COPIED FOR LYNNE VENTRY (.1); DISCUSS REFILING AND REBOXING BROKEN BOXES (.1). | .20 | 34.00 |
| 1/29/08 | TST | TELEPHONE CONFERENCE WITH LAURA MAHLER RE: STATUS UPDATE RE: WATER TESTING. | .30 | 90.00 |
| 1/29/08 | TST | PREPARATION OF MILLER & SOLOMON'S RESPONSE TO SOUTHERN STATE MASONRY'S REQUEST FOR PRODUCTION. | 2.00 | 600.00 |
| 1/30/08 | TST | E-MAIL CORRESPONDENCE WITH LAURA MAHLER AND LARRY KIBLER RE: WATERPROOFING. | .10 | 30.00 |
| 1/30/08 | SS* | RESEARCH TRUST ACCOUNT CHECK ISSUE, PROVIDE BACKUP DOCUMENTS TO ATTORNEY THOMPSON RE: FUNDS IN TRUST. | .40 | 68.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES  $19,436.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| KLP | K. L. PEAKE | 0.40 hours at $260.00 = | | 104.00 |
| TST | T. S. TAYLOR | 50.80 hours at $300.00 = | | 15240.00 |
| PHT | P. H. THOMPSON | 0.10 hours at $290.00 = | | 29.00 |
| SS* | S. SMITH* | 23.90 hours at $170.00 = | | 4063.00 |
| | TOTALS | 75.20 | | $19,436.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2008

| Date | Description | Amount |
|---|---|---|
| | TELEPHONE | 18.90 |
| 2/12/07 | COPYING COST 1738 @ .10 PER PAGE | 173.80 |
| 2/19/07 | COPYING COST 18 @ .10 PER PAGE | 1.80 |
| 2/26/07 | COPYING COST 63 @ .10 PER PAGE | 6.30 |
| 1/09/08 | COPYING COST 94 @ .10 PER PAGE | 9.40 |
| 1/15/08 | COPYING COST 380 @ .10 PER PAGE | 38.00 |
| 1/22/08 | COPYING COST 68 @ .10 PER PAGE | 6.80 |
| 1/29/08 | COPYING COST 8 @ .10 PER PAGE | 0.80 |
| 2/14/07 | POSTAGE - VENDOR: UNITED PARCEL SERVICE - 11/05/2007 | 61.90 |

# CARLTON FIELDS

FED. ID 59-1233896

ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY  MAY 28, 2008
OCEAN GRANDE, MILLER & SOLOMON           REF. NO.  40267-27004
INVOICE NUMBER 502498                    PAGE    6

| | | | | |
|---|---|---|---|---|
| /30/08 | TST | TELEPHONE CONFERENCE WITH PATRICK COGGINS RE: LUMAR PAINTING ISSUES. | .20 | 53.00 |
| /30/08 | TST | RECEIVE AND REVIEW SOUTHERN STATE'S MOTION FOR EXTENSION OF TIME TO SERVE DISCLOSURES AND PROPOSED ORDER. | .20 | 53.00 |
| /30/08 | TST | REVIEW OF ASSOCIATION'S EXPERT REPORTS FOR ANALYSIS OF CLAIMS AGAINST PUIG AND IBA. | 2.00 | 530.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                    $16,079.50

TORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| ST | T. S. TAYLOR     | 51.90 hours at | $265.00 = | 13753.50 |
| HT | P. H. THOMPSON   | 0.20 hours at  | $325.00 = | 65.00 |
| S* | S. SMITH*        | 1.50 hours at  | $0.00 =   | .00 |
| S* | S. SMITH*        | 13.30 hours at | $170.00 = | 2261.00 |
|    | TOTALS           | 65.40          |           | $16,079.50 |

COSTS INCURRED ON YOUR BEHALF AS POSTED APRIL 30, 2008

| | | |
|---|---|---|
| | TELEPHONE | 0.90 |
| /14/08 | COPYING COST 35 @ .10 PER PAGE | 3.50 |
| /16/08 | COPYING COST 12 @ .10 PER PAGE | 1.20 |
| /21/08 | COPYING COST 635 @ .10 PER PAGE | 63.50 |
| /07/08 | LITIGATION SUPPORT - 151 COLOR PRINTOUTS - REQUESTED BY P. WATSON | 151.00 |
| /21/08 | COPYING COST - VENDOR: IKON OFFICE SOLUTIONS - OCEAN GRAND DOCUMENTS (509 COPIES) | 50.90 |

TOTAL COSTS AS POSTED THROUGH APRIL 30, 2008        $271.00
                                                    -----------
                            INVOICE 502498 TOTAL    $16,350.50
                                                    -----------

BALANCE DUE FROM PREVIOUS STATEMENT                 $31,776.55
LESS: PAYMENTS                                      $10,852.22
                                                    -----------
                         TOTAL AMOUNT DUE           $37,274.83
                                                    ===========

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

# CARLTON FIELDS
## ATTORNEYS AT LAW

FED. ID 59-1233896

THE HARTFORD FIDELITY & BONDING COMPANY   AUGUST 19, 2008
OCEAN GRANDE, MILLER & SOLOMON            REF. NO. 40267-27004
INVOICE NUMBER 513448                      PAGE   20

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/08 | TST | RECEIVE AND REVIEW CROSS-NOTICE OF TAKING DEPOSITIONS OF JUNE WILCOTT, GREG THOMAS, HAROLD STURM AND RICHARD SLIDER. | .10 | 26.50 |
| 7/29/08 | TST | RECEIVE AND REVIEW NOTICE OF FILING SUBPOENA OF JAMES LUCKER. | .10 | 26.50 |
| 7/29/08 | SS* | REVIEW FLORIDA DEPARTMENT OF STATE'S RECORDS FOR IBA CONSULTANTS (.1); PREPARE THIRD PARTY SUMMONS FOR ISSUANCE OF THIRD PARTY COMPLAINT (.2); PREPARE LETTER TO CLERK OF COURT RE: ISSUANCE OF SUMMONS (1). | .40 | 68.00 |
| 7/30/08 | TST | RECEIPT AND REVIEW SOUTHERN STATE MASONRY'S ANSWER AND AFFIRMATIVE DEFENSES TO MILLER & SOLOMON'S AMENDED CROSS-CLAIM. | .20 | 53.00 |
| 7/30/08 | TST | RECEIVE AND REVIEW SOUTHERN STATE MASONRY'S EXPERT WITNESS REQUESTS FOR PRODUCTION TO PLAINTIFF RE: SLIDER ENGINEERING GROUP, WILCOTT ENGINEERING, CRAIN ENGINEERING AND BAILEY ENGINEERING. | .20 | 53.00 |
| 7/31/08 | TST | E-MAIL CORRESPONDENCE WITH JASON GUNTHER, PAT TOOMEY AND GEORGE TRUITT RE: WORK-PRODUCT PRIVILEGE. | .30 | 79.50 |
| 7/31/08 | TST | ANALYSIS OF CASE LAW PROVIDED BY COUNSEL FOR SOUTHERN STATE MASONRY RE: WORK PRODUCT PRIVILEGE. | 1.50 | 397.50 |
| 7/31/08 | JC* | RESEARCH CASE LAW FOR REVIEW BY T. TAYLOR. | .30 | 51.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                $60,239.50

ATTORNEY FEE SUMMARY

| Code | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|
| TST | T. S. TAYLOR | 159.10 hours at | $265.00 = | 42161.50 |
| YP* | Y. PASCHAL* | 8.80 hours at | $160.00 = | 1408.00 |
| LL | L. E. LEVIN | 50.90 hours at | $210.00 = | 10689.00 |
| PHT | P. H. THOMPSON | 0.20 hours at | $325.00 = | 65.00 |
| JC* | J. CARRANZA* | 0.70 hours at | $170.00 = | 119.00 |
| SS* | S. SMITH* | 34.10 hours at | $170.00 = | 5797.00 |
| | TOTALS | 253.80 | | $60,239.50 |

## CARLTON FIELDS, P.A.
Atlanta • Miami • Orlando • St. Petersburg • Tallahassee • Tampa • West Palm Beach

ervices designated with an (*) were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdictio

# CARLTON FIELDS
FED. ID 59-1233896
ATTORNEYS AT LAW
THE HARTFORD FIDELITY & BONDING COMPANY APRIL 28, 2009
OCEAN GRANDE, MILLER & SOLOMON        REF. NO.  40267-27004
INVOICE NUMBER 545060                  PAGE   12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| /31/09 | LL | REVIEW AND ANALYSIS OF IBA'S MOTION FOR SUMMARY JUDGMENT (1.2); REVIEW AND ANALYSIS OF DEPOSITION TRANSCRIPTS OF MICHELLE MENASCHE AND JORDAN KLEMOW REGARDING IBA'S SCOPE OF WORK AT THE PROJECT (1.1); PREPARE MILLER & SOLOMON'S MOTION IN OPPOSITION TO IBA'S MOTION FOR FINAL SUMMARY JUDGMENT (0.5). | 2.80 | 798.00 |
| /31/09 | SS* | REVIEW OCEAN GRANDE'S SECOND INTERROGATORIES TO MILLER & SOLOMON IN PREPARATION OF DRAFTING ANSWERS. | .10 | 17.00 |
| /31/09 | SS* | TRIAL PREPARATION, REVIEW COURT ORDER IN PREPARATION OF CLIENT'S DISCLOSURE DEADLINES AND OTHER DISCOVERY CUTOFF DATES, PER COURT ORDER. | .30 | 51.00 |
| /31/09 | SS* | REVIEW OCEAN GRANDE'S TRIAL DISCLOSURES, UPDATE TRIAL NOTEBOOK WITH SAME. | .20 | 34.00 |
| /09 | SS* | REVIEW CASE FILE RECORDS IN PREPARATION OF DRAFTING MILLER & SOLOMON'S TRIAL DISCLOSURE STATEMENT AND EXHIBIT LIST PER TRIAL ORDER. | .90 | 153.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES                $44,020.00

TORNEY FEE SUMMARY

| Code | Attorney | Hours | Rate | Total |
|---|---|---|---|---|
| ST | T. S. TAYLOR | 130.00 hours at | $285.00 = | 37050.00 |
| L | L. E. LEVIN | 3.40 hours at | $285.00 = | 969.00 |
| S* | S. SMITH* | 35.30 hours at | $170.00 = | 6001.00 |
|  | TOTALS | 168.70 |  | $44,020.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED MARCH 31, 2009

| Date | Description | Amount |
|---|---|---|
|  | TELEPHONE | 25.20 |
| /02/09 | COPYING COST 102 @ .10 PER PAGE | 10.20 |
| /10/09 | COPYING COST 171 @ .10 PER PAGE | 17.10 |
| /19/09 | COPYING COST 83 @ .10 PER PAGE | 8.30 |
| /25/09 | COPYING COST 145 @ .10 PER PAGE | 14.50 |
| /30/09 | COPYING COST 7 @ .10 PER PAGE | 0.70 |
| /31/09 | COPYING COST 18 @ .10 PER PAGE | 1.30 |
| /09 | COURT REPORTER CHARGE - VENDOR: U.S. LEGAL SUPPORT, INC. - CERTIFIED COPY DEPOSITION TRANSCRIPT FOR RICHARD SLIDER TAKEN ON 2/13/09 | 670.25 |

# CARLTON FIELDS
ATTORNEYS AT LAW

ID 59-1233896

THE HARTFORD FIDELITY & BONDING COMPANY　JULY 30, 2009
OCEAN GRANDE, MILLER & SOLOMON　　　　　REF. NO.　40267-27004
INVOICE NUMBER 557722　　　　　　　　　　PAGE　19

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| )/09 | TST | TELEPHONE CONFERENCE WITH GEORGE TRUITT RE: SETTLEMENT NEGOTIATIONS. | .30 | 85.50 |
| )/09 | TST | TELEPHONE CONFERENCE WITH PAT TOOMEY RE: SETTLEMENT NEGOTIATIONS. | .30 | 85.50 |
| )/09 | TST | PREPARATION OF MOTION TO STRIKE IBA'S EXPERT WITNESS. | 2.00 | 570.00 |
| )/09 | SS* | REVIEW FIRM INVOICES FOR SPECIFIC ENTRIES RE: SOUTHEAST PLUMBING TO ASCERTAIN LEGAL FEES CLAIM AGAINST SOUTHEAST PLUMBING FOR ATTORNEY'S REVIEW. | 1.80 | 306.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES　　　　　　　$56,340.00

## RNEY FEE SUMMARY

|   | Name | Hours | Rate | Amount |
|---|---|---|---|---|
|   | S. A. SIBBLIES | 0.50 hours at $225.00 = | | 112.50 |
|   | T. S. TAYLOR | 142.40 hours at $285.00 = | | 40584.00 |
|   | A. K. FELIX | 5.50 hours at $250.00 = | | 1375.00 |
|   | L. E. LEVIN | 14.70 hours at $285.00 = | | 4189.50 |
| * | CLIENT TECH LEVEL 1* | 0.30 hours at $40.00 = | | 12.00 |
|   | S. SMITH* | 53.20 hours at $170.00 = | | 9044.00 |
| * | L. P. VALDIVIA* | 6.20 hours at $165.00 = | | 1023.00 |
|   | TOTALS | 222.80 | | $56,340.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED JUNE 30, 2009

|   |   |   |
|---|---|---|
|   | COLOR COPYING COST | 8.00 |
|   | TELEPHONE | 86.36 |
| 4/09 | COPYING COST 843 @ .10 PER PAGE | 84.30 |
| .0/09 | COPYING COST 2145 @ .10 PER PAGE | 214.50 |
| .2/09 | COPYING COST 377 @ .10 PER PAGE | 37.70 |
| .8/09 | COPYING COST 51 @ .10 PER PAGE | 5.10 |
| :5/09 | COPYING COST 53 @ .10 PER PAGE | 5.30 |
| :9/09 | COPYING COST 153 @ .10 PER PAGE | 15.30 |
| :4/09 | COURT REPORTER CHARGE - VENDOR: U.S. LEGAL SUPPORT, INC. - TRANSCRIPTS AND EXHIBITS DEPOSITIONS OF JOHN DEUTCHMAN | 421.75 |
| :0/09 | COURT REPORTER CHARGE - VENDOR: U.S. LEGAL SUPPORT, INC. - 5/28/09 CERTIFIED COPY WITH EXHIBITS DEPOSITION OF JANET D'ERRICO PART 11 5/22/09 | 542.25 |

# CARLTON FIELDS
ATTORNEYS AT LAW

THE HARTFORD FIDELITY & BONDING COMPANY    SEPTEMBER 30, 2009
OCEAN GRANDE, MILLER & SOLOMON           REF. NO.    40267-27004
INVOICE NUMBER 565843                         PAGE    18

FED. ID 59-1233896

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/27/09 | SS* | DRAFT LETTER AGREEMENT TO LARRY KIBLER AND THE HARTFORD RE: NEW ARRANGEMENTS WITH COSTS OF WAREHOUSE EXPENSES FOR ATTORNEY TAYLOR'S REVIEW. | .60 | 87.00 |
| 8/27/09 | SS* | REVISE LETTER TO LAURA MAHLER RE: BALANCE OF TRUST ACCOUNT BASED ON NEW AGREEMENT WITH LARRY KIBLER RE: EXPENSES AT WAREHOUSE. | .30 | 43.50 |
| 8/28/09 | TST | REVISION OF RESPONSE TO MOTION TO STRIKE AFFIRMATIVE DEFENSES. | 1.50 | 397.50 |

TOTAL FEES FOR PROFESSIONAL SERVICES           $34,615.00

ATTORNEY FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| TST | T. S. TAYLOR | 90.50 hours at $265.00 = | 23982.50 |
| LL | L. E. LEVIN | 21.30 hours at $265.00 = | 5644.50 |
| SS* | S. SMITH* | 22.50 hours at $145.00 = | 3262.50 |
| LV* | L. P. VALDIVIA* | 11.90 hours at $145.00 = | 1725.50 |
| | TOTALS | 146.20 | $34,615.00 |

COSTS INCURRED ON YOUR BEHALF AS POSTED AUGUST 31, 2009

| Date | Description | Amount |
|---|---|---|
| | TELEPHONE | 19.35 |
| 7/01/09 | COPYING COST 220 @ .10 PER PAGE | 22.00 |
| 7/15/09 | COPYING COST 499 @ .10 PER PAGE | 49.90 |
| 7/22/09 | COPYING COST 25 @ .10 PER PAGE | 2.50 |
| 7/29/09 | COPYING COST 38 @ .10 PER PAGE | 3.80 |
| 8/03/09 | COPYING COST 7 @ .10 PER PAGE | 0.70 |
| 8/07/09 | COPYING COST 1023 @ .10 PER PAGE | 102.30 |
| 8/27/09 | COPYING COST 33 @ .10 PER PAGE | 3.30 |
| 8/28/09 | COPYING COST 271 @ .10 PER PAGE | 27.10 |
| 7/14/09 | COURT REPORTER CHARGE - VENDOR: OCEAN GRANDE BEACH & MARINA - PORTION OF RONALD BAILEY DEPOSITION TAKEN 05/14/09 | 20.33 |
| 7/14/09 | COURT REPORTER CHARGE - VENDOR: SLIDER ENGINEERING GROUP - PAYMENT FOR PORTION OF RICHARD SLIDER DEPOSITION TAKEN 05/15/09 | 33.67 |
| 7/14/09 | COURT REPORTER CHARGE - VENDOR: U.S. LEGAL SUPPORT, INC. - ORIGINAL & CERTIFIED TRANSCRIPT MIKE PRESCIT TAKEN ON 06/10/09 | 183.50 |
| 7/14/09 | COURT REPORTER CHARGE - VENDOR: U.S. LEGAL SUPPORT, INC. - CERTIFIED COPY OF TRASCRIPTS OF MANNY BENEVIDES TAKEN ON 06/11/09 | 153.25 |