# EXHIBIT F

# ATKINSON & BROWNELL P.A.
One Biscayne Tower, Suite 3750
Two South Biscayne Blvd
Miami, FL 33131

January 20, 2012

Holly S. Harvey, Esquire
Thornton, Davis & Fein, P.A.
80 S.W. 8 Street
Suite 2900
Miami, FL 33130

Re: **Hartford Casualty Ins. v. Crum & Forster**
Our File No.: 200661

Invoice # 15151

Current Legal Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/2011 | JBA | Review report from Landmark elevator consultant. | 0.50 | 175.00 |
| | JBA | Review engineering report from Wilcott Engineering. | 0.70 | 245.00 |
| | JBA | Review November 30, 2006 correspondence from Patricia Thompson, to Holly Harvey and Ana Munoz, Thornton Davis & Fein, regarding Notice of Cross-Claims and Third Party Claims against subcontractors. | 0.20 | 70.00 |
| | JBA | Review Miller & Solomon General Contractors, Inc.'s Answer and Affirmative Defenses to Complaint in the matter of *Ocean Grande Beach & Marina Condo Assoc. v. Hillsboro Mile Condo, et al.* | 0.40 | 140.00 |
| 12/4/2011 | JBA | Review December 4, 2006 letter from Patricia Thompson, Carlton Fields, to Holly Harvey and Ana Munoz, Thornton Davis & Fein, enclosing correspondence from the Association and its counsel. | 1.00 | 350.00 |
| 12/6/2011 | JBA | Review April 30, 2007 correspondence from Holly Harvey, Thornton Davis & Fein, to James Helf, Esq., Ruden McClosky, regarding the developers do not qualify as additional insureds under the policy for this loss. | 0.40 | 140.00 |
| | JBA | Review April 30, 2007 correspondence from Holly Harvey, Thornton Davis & Fein, to Patricia Thompson, Carlton Fields, regarding supplemental reservation of rights and C & F litigation guidelines. | 0.30 | 105.00 |

Phone: (305) 376-8840 - Fax: (305) 376-8841
www.atkinsonbrownell.com

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/6/2011 | JBA | Review May 22, 2007 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, enclosing executed C&F litigation guidelines signed by Patricia Thompson. | 0.30 | 105.00 |
| | JBA | Review January 8, 2008 correspondence from T. Taylor, Carlton Fields, to Travelers, ACE Westchester, C&F and Liberty Mutual regarding notice of destructive testing. | 0.30 | 105.00 |
| | JBA | Review February 20, 2008 correspondence from George Truitt, Jr., Esq., Conroy Simberg, to Pam Postlewaite, C&F, regarding demand of defense and indemnification for Hillsboro Mile Condominium, LLC. | 0.20 | 70.00 |
| | JBA | Review February 27, 2008 correspondence from Holly Harvey, Thornton Davis & Fein, to George Truitt, Jr., Esq., Conroy Simberg, to Pam Postlewaite, C&F, responding to his letter of February 20, 2008. | 0.20 | 70.00 |
| | JBA | Review March 2, 2009 correspondence from Donnel Hicks, Conroy Simberg, to Holly Harvey, Thornton Davis & Fein, regarding developer's tender of defense. | 0.30 | 105.00 |
| | JBA | Review June 4, 2009 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, regarding trial date. | 0.20 | 70.00 |
| | JBA | Review June 12, 2009 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, regarding Order on mediation. | 0.20 | 70.00 |
| | JBA | Review Mediation Order. | 0.10 | 35.00 |
| | JBA | Review June 17, 2009 correspondence from T. Taylor, Carlton Fields, to Jessica Forbes, Thornton Davis & Fein, regarding mediation and additional damage claims. | 0.10 | 35.00 |
| | JBA | Review Plaintiff's damage spreadsheet dated November 25, 2008. | 0.20 | 70.00 |
| | JBA | Review June 17, 2009 e-mail exchange between Jessica Forbes, Thornton Davis & Fein, and T. Taylor, Carlton Fields, regarding request for pre-mediation reports. | 0.10 | 35.00 |
| | JBA | Review June 18, 2009 e-mail exchange between Jessica Forbes, Thornton Davis & Fein, and T. Taylor, Carlton Fields, regarding interior damage. | 0.20 | 70.00 |
| | JBA | Review July 23, 2009 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, regarding jury selection. | 0.20 | 70.00 |
| | JBA | Review August 3, 2009 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein regarding request for attorney fees and defense costs. | 0.20 | 70.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/6/2011 | JBA | Review August 7, 2009 correspondence from Holly Harvey, Thornton Davis & Fein, to Margaret Leathers regarding declination of coverage to Hillsborough Mile Condominium, LLC. | 0.20 | 70.00 |
|  | JBA | Review November 10, 2009 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, and ACE Westchester Specialty Group, enclosing Carlton Fields' and Miami Curtain Wall's invoices. | 0.20 | 70.00 |
|  | JBA | Initial review (general overview of )Carlton Fields' and Miami Curtain Wall's invoices. | 0.50 | 175.00 |
|  | JBA | Review March 19, 2010 correspondence from Holly Harvey, Thornton Davis & Fein, to T. Taylor, Carlton Fields, requesting documents. | 0.20 | 70.00 |
|  | JBA | Review April 1, 2010 correspondence from T. Taylor, Carlton Fields, to Holly Harvey, Thornton Davis & Fein, regarding notification of expected time for requested copies and firm change. | 0.20 | 70.00 |
|  | JBA | Review June 21, 2010 correspondence from T. Taylor, Vezina Lawrence & Piscitelli, to Holly Harvey, Thornton Davis & Fein, regarding demand for payment of defense costs. | 0.20 | 70.00 |
|  | JBA | Review August 23, 2010 correspondence from Holly Harvey, Thornton Davis & Fein, to T. Taylor, Vezina Lawrence & Piscitelli, regarding renewed request for reports and tenders. | 0.20 | 70.00 |
|  | JBA | Review September 9, 2010 correspondence from T. Taylor, Vezina Lawrence & Piscitelli, to Holly Harvey, Thornton Davis & Fein, regarding demand for payment and notice of impending action. | 0.20 | 70.00 |
|  | JBA | Review October 20, 2010 correspondence from Holly Harvey, Thornton Davis & Fein, to T. Taylor, Vezina Lawrence & Piscitelli, regarding settlement negotiations. | 0.20 | 70.00 |
|  | JBA | Review November 23, 2010 correspondence between T. Taylor, Vezina Lawrence & Piscitelli, and Holly Harvey, Thornton Davis & Fein, regarding settlement negotiations and notice of impending action. | 0.20 | 70.00 |
| 12/7/2011 | JBA | Review docket in the matter of Hartford Casualty Insurance Company v. Crum & Forster Specialty Insurance Co. in the Southern District of the USDC, case no. 1:10-cv-24590-JLK. | 0.30 | 105.00 |
|  | JBA | Review docket for Ocean Grande Beach & Marina v. Architecture Interior Design, et al., 17th Judicial Circuit, Broward County, case no. CACE 06015508. | 1.80 | 630.00 |
|  | JBA | Review Defendant Crum & Forster's Answers to Plaintiff's First Set of Interrogatories in the matter of Hartford v. Crum & Forster with attached documents. | 1.50 | 525.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/7/2011 | JBA | Review Amended Complaint with exhibits in the matter of Hartford v. Crum & Forster. | 2.30 | 805.00 |
| | JBA | Review Crum & Forster's Answers, Affirmative Defenses and Counterclaim in response to Amended Complaint in the matter of Hartford v. Crum & Forster. | 2.00 | 700.00 |
| | JBA | Telephone conference with Ms. Harvey regarding | 0.40 | 140.00 |
| | JBA | Telephone conference with Ms. Harvey, Mr. Gordon and Mr. Venzay regarding' | 1.30 | 455.00 |
| | JG | Review docket in order to determine entries identified to Hartford of Miller and Soloman. | 2.00 | 230.00 |
| 12/8/2011 | JBG | Research Florida law to **REDACTED** | 1.00 | 200.00 |
| | JBG | Prepare memorandum of law discussing' **REDACTED** | 1.00 | 200.00 |
| 12/11/2011 | JBA | Review Complaint with exhibits in the matter of *Ocean Grande Beach & Marina Condo Assoc. v. Hillsboro Mile Condo, et al.* including attachments. | 2.30 | 805.00 |
| 12/12/2011 | JBA | Review binder of settlement agreements with all subcontractors (18 in total). | 4.90 | 1,715.00 |
| | JBA | Review unredacted billing entries by Carlton Fields. | 7.10 | 2,485.00 |
| 12/16/2011 | JBA | Review December 15, 2011 correspondence from Michael Gordon regarding' | 0.10 | 35.00 |
| | JBA | Review Hartford's Response to Crum & Forster's First Set of Interrogatories. | 0.20 | 70.00 |
| | JBA | Review Hartford's Response to Crum & Forster's First Request for Production. | 0.30 | 105.00 |
| 12/21/2011 | JBA | Review December 19, 2011 correspondence from Michael Gordon regarding' | 0.10 | 35.00 |
| | | Subtotal For Professional Services | 37.20 | $12,250.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Bond Atkinson | 33.20 | 350.00 | $11,620.00 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jamie B. Gelfman | 2.00 | 200.00 | $400.00 |
| Jennin Gonzalez | 2.00 | 115.00 | $230.00 |

Client Costs:

| Date | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 12/27/2011 | Photocopies - Speed Print One; Invoice #136678. | 1 | 825.93 | 825.93 |

Subtotal For Client Costs: $825.93

Total For Fees & Costs: $13,075.93

Previous balance: $2,170.00

Balance due: $15,245.93



# Speed Print One, Inc.

LOWER LOBBY • ONE BISCAYNE TOWER • MIAMI, FL 33131
TELEPHONE: (305) 374-5936 • FAX (305) 374-6014
FED I.D. #59-2216456

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 12/27/2011 | 136678 |

**BILL TO**

ATKINSON & BROWNELL P.A.
ONE BISCAYNE TOWER
SUITE 3750
MIAMI, FL 33131

| YOUR NO. | TERMS | DELIVER TO |
|---|---|---|
| 200661 | Net 30 | DIANE |

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| COPIES | 6,301 | 630.10T |
| COPIES | 1,418 | 141.80T |
| SALES TAX | | 54.03 |

POSTED

Payment is due within 30 days. Customer agrees to pay all of Seller's costs related to the collection of any sums due, including overhead allocated to employee efforts and any legal fees and expenses incurred.

Thank You

CUSTOMER COPY

| TOTAL |
|---|
| $825.93 |

# ATKINSON & BROWNELL P.A.
One Biscayne Tower, Suite 3750
Two South Biscayne Blvd
Miami, FL 33131

February 28, 2012

Holly S. Harvey, Esquire
Thornton, Davis & Fein, P.A.
80 S.W. 8 Street
Suite 2900
Miami, FL 33130

Re: Hartford Casualty Ins. v. Crum & Forster
    Our File No.: 200661

Invoice #  15174

Current Legal Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2012 | JBA | Review December 30, 2011 corresponder from Michael Gordon regarding | 0.20 | 70.00 |
| 1/5/2012 | JBA | Telephone conference with Ms. harvey regarding **REDACTED** | 0.40 | 140.00 |
| 1/9/2012 | JBG | Research | 0.20 | 40.00 |
|  | JBG | Prepare memorandum of law **REDACTED** | 0.20 | 40.00 |
|  | JBG | Research Florida case law **REDACTED** | 0.90 | 180.00 |
|  | JBG | Prepare memorandum of law **REDACTED** | 1.00 | 200.00 |
|  | JBA | Review Hartford Privilege Log. | 1.50 | 525.00 |
|  | JBA | Review Hartford Responses to Crum & Forster discovery. | 2.50 | 875.00 |
|  | JBA | Review Crum & Forster Motion for Better Response to C&F discovery with accompanying Memorandum of Law. | 2.00 | 700.00 |
| 1/10/2012 | JBA | Prepare expert report per court order. | 7.90 | 2,765.00 |

Phone: (305) 376-8840 - Fax: (305) 376-8841
www.atkinsonbrownell.com

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2012 | JBA | Telephone conference with Ms. Harvey regarding: REDACTED | 0.20 | 70.00 |
| 1/11/2012 | JBA | Review Expert Report of Alejandro Espino Pursuant to Rule 26(A)2)(B) of the Federal Rules of Civil Procedure. | 0.60 | 210.00 |
| 1/16/2012 | JBA | Review January 13, 2012 correspondence from Holly Harvey regarding | 0.20 | 70.00 |
| | JBA | Review Expert Report of Alejandro Espino Pursuant to Rule 26(A)(2)(B) of the Federal Rules of Civil Procedure. | 0.50 | 175.00 |
| | JBA | Review Plaintiff Hartford's Expert Witness Disclosure. | 0.20 | 70.00 |
| Subtotal For Professional Services | | | 18.50 | $6,130.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Bond Atkinson | 16.20 | 350.00 | $5,670.00 |
| Jamie B. Gelfman | 2.30 | 200.00 | $460.00 |

| | |
|---|---|
| Previous balance | $15,245.93 |
| 2/21/2012 Payment - Thank You. Check No. 0020046699 | ($15,245.93) |
| Total payments and adjustments | ($15,245.93) |
| Balance due | $6,130.00 |

# ATKINSON & BROWNELL P.A.
One Biscayne Tower, Suite 3750
Two South Biscayne Blvd
Miami, FL 33131

March 30, 2012

Holly S. Harvey, Esquire
Thornton, Davis & Fein, P.A.
80 S.W. 8 Street
Suite 2900
Miami, FL 33130

Re: Hartford Casualty Ins. v. Crum & Forster
Our File No.: 200661

Invoice # 15217

Current Legal Fees

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/9/2012 | JBA | Review February 9, 2012 correspondence from Astrid Bennett regarding **REDACTED** | 0.10 | 35.00 |
| | JBA | Review Order Granting Plaintiff's Motion in Limine striking testimony of John Bond Atkinson. | 0.30 | 105.00 |



Phone: (305) 376-8840 – Fax: (305) 376-8841
www.atkinsonbrownell.com

| | Hours | Amount |
|---|---|---|

REDACTED

Subtotal For Professional Services

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John Bond Atkinson | | 350.00 | |