# EXHIBIT G

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges 2011

| | Date Range 12/01-12/31/11 | Report Date 1/12/2012 | Invoice# 824223898 | Currency US Dollars |
|---|---|---|---|---|

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 26-Dec | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 27-Dec | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | 28-Dec | WESTLAW | SEARCH | 8 | $ 120.00 |
| Sub-Total: | | | | | | 19 | $ 285.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges 2012

| | Date Range 01/01-01/31/2012 | Report Date 2/12/2012 | Invoice# 824417003 | Currency US Dollars |
|---|---|---|---|---|

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | CELMIER CARLY | 6703389 | 11-Jan | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 12-Jan | WESTLAW | SEARCH | 17 | $ 255.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 7 | $ 105.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 23 | $ 345.00 |
| | | | 24-Jan | WESTLAW | SEARCH | 9 | $ 135.00 |
| | | | 25-Jan | WESTLAW | SEARCH | 67 | $ 1,005.00 |
| Sub-Total: | | | | | | | |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| | | | Date Range 01/01-01/31/2012 | | Report Date 2/12/2012 | Invoice 824417003 | Currency US Dollars |
|---|---|---|---|---|---|---|---|

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 23-Jan | WESTLAW | SEARCH | 4 | $ 60.00 |
| Sub-Total: | | | | | | 4 | $ 60.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| | | | Date Range 01/01-01/31/2012 | | Report Date 2/12/2012 | Invoice 824417003 | Currency US Dollars |
|---|---|---|---|---|---|---|---|

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 3-Jan | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 21-Jan | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 4 | $ 60.00 |

2012
THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE  Westlaw Charges

Date Range 02/01-02/29/12   Report Date 3/12/2012   Invoice 824582247   Currency US Dollars

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|--------|-----------|---------|------|---------|----------------|----------|------------|
| 64064 | HARVEY HOLLY | 2509815 | 17-Feb | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 1 | $ 15.00 |

2012
THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH  Westlaw Charges

Date Range 02/01-02/29/12   Report Date 3/12/2012   Invoice# 824582247   Currency US Dollars

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|--------|-----------|---------|------|---------|----------------|----------|------------|
| | HARVEY HOLLY | 2509815 | 21-Feb | WESTLAW | SEARCH | 16 | $ 240.00 |
| | | | 22-Feb | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 23-Feb | WESTLAW | SEARCH | 4 | $ 60.00 |
| | | | 24-Feb | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | | | | 30 | $ 450.00 |

**2012**

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12     Report Date 3/12/2012     Invoice 824582247     Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|--------|-----------|---------|------|---------|----------------|----------|------------|
| 64064 | CELMER CARLY | 6703389 | 22-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| Sub-Total: | | | | | | 5 | $ 75.00 |

**2012**

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12     Report Date 3/12/2012     Invoice 824582247     Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|--------|-----------|---------|------|---------|----------------|----------|------------|
| 64064 | FRIEDMAN DANIELLA | 7530691 | 1-Feb | WESTLAW | SEARCH | 24 | $ 360.00 |
| Sub-Total: | | | | | | 24 | $ 360.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12     Report Date 3/12/2012     Invoice 824582247     Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|--------|-----------|---------|------|---------|----------------|----------|------------|
| 64064 | HARVEY HOLLY | 2509815 | 20-Feb | WESTLAW | SEARCH | 14 | $ 210.00 |
| Sub-Total: | | | | | | 14 | $ 210.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges

| | Date Range 02/01-02/29/2012 | Report Date 3/12/2012 | Invoice# 824582247 | Currency US Dollars | 2012 |
|---|---|---|---|---|---|

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2508815 | 16-Feb | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 17-Feb | WESTLAW | SEARCH | 29 | $ 435.00 |
| | | | 18-Feb | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 38 | $ 570.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF Ch Westlaw Charges

| | Date Range 02/01-02/29/12 | Report Date 3/12/2012 | Invoice# 824582247 | Currency US Dollars | 2012 |
|---|---|---|---|---|---|

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 20-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 23-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 24-Feb | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | 29-Feb | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | | | | 22 | $ 330.00 |

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH   Westlaw Charges

| Date Range | Report Date | Invoice# | Currency |
| --- | --- | --- | --- |
| 03/01-03/31/12 | 4/12/2012 | 824747494 | US Dollars |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount | 2012 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 64064 | HARVEY HOLLY | 2509815 | 5-Mar | WESTLAW | SEARCH | 10 | $ | 150.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 3 | $ | 45.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 5 | $ | 75.00 |
| | | | 12-Mar | WESTLAW | SEARCH | 4 | $ | 60.00 |
| | | | | | | 22 | $ | 330.00 |

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH   Westlaw Charges

| Date Range | Report Date | Invoice# | Currency |
| --- | --- | --- | --- |
| 03/01-03/31/12 | 4/12/2012 | 824747494 | US Dollars |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount | 2012 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 64064 | SCHANERMAN NANCI | 10224899 | 1-Mar | WESTLAW | SEARCH | 41 | $ | 615.00 |
| | | | 2-Mar | WESTLAW | SEARCH | 10 | $ | 150.00 |
| | | | 6-Mar | WESTLAW | SEARCH | 13 | $ | 195.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 11 | $ | 165.00 |
| | | | | | | 75 | $ | 1,125.00 |

THORNTON DAVIS & FEIN
MIAMI

**2012**

| Date Range | Report Date | Invoice# | Currency |
|---|---|---|---|
| 03/01-03/31/12 | 4/12/2012 | 824747494 | US Dollars |

# DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/  Westlaw Charges          2012

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 5-Mar | WESTLAW | SEARCH | 29 | $ 435.00 |
| | | | 7-Mar | WESTLAW | SEARCH | 11 | $ 165.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 10-Mar | WESTLAW | SEARCH | 15 | $ 225.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 12-Mar | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 16-Mar | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 17-Mar | WESTLAW | SEARCH | 18 | $ 270.00 |
| | | | 21-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 23-Mar | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 94 | $ 1,410.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH   Westlaw Charges   2012

Date Range 03/01-03/31/12    Report Date 4/12/2012    Invoice# 82474747494    Currency US Dollars

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 2-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 3 | $ 45.00 |
| | | | 14-Mar | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 30-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 10 | $ 150.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE   Westlaw Charges

Date Range 04/01-04/30/12    Report Date 6/12/2012    Invoice 824939569    Currency US Dollars

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2508815 | 18-Apr | WESTLAW | SEARCH | 11 | $ 165.00 |
| | | | 27-Apr | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 12 | $ 180.00 |

| Date Range | Report Date | Invoice | Currency |
|---|---|---|---|
| 04/01-04/30/12 | 6/12/2012 | 824939569 | US Dollars |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2508822 | 4-Apr | WESTLAW | SEARCH | 7 | $ 105.00 |
| Sub-Total: | | | | | | 7 | $ 105.00 |

| Date Range | Report Date | Invoice# | Currency |
|---|---|---|---|
| 05/01-05/31/12 | 7/12/2012 | 8251047 86 | US Dollars |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/    Westlaw Charges

2012

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2508815 | 13-May | WESTLAW | SEARCH | 3 | $ 45.00 |
| | | | 16-May | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 17-May | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 7 | $ 105.00 |

## THORNTON DAVIS & FEIN
## MIAMI

**2012**

| Date Range | Report Date | Invoice | Currency |
|---|---|---|---|
| | 7/12/2012 | 825104786 | US Dollars |

### DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

#### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GOODMAN PERRY | 7980482 | 18-May | WESTLAW | SEARCH | 17 | $ 255.00 |
| Sub-Total: | | | | | | 17 | $ 255.00 |

---

## THORNTON DAVIS & FEIN
## MIAMI

**2012**

| Date Range | Report Date | Invoice# | Currency |
|---|---|---|---|
| 05/01-05/31/12 | 7/12/2012 | 825104786 | US Dollars |

### DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH  Westlaw Charges 2012

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 16-May | WESTLAW | SEARCH | 18 | $ 270.00 |
| | | | 17-May | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 18-May | WESTLAW | SEARCH | 9 | $ 135.00 |
| Sub-Total: | | | | | | 28 | $ 420.00 |

---

## THORNTON DAVIS & FEIN
## MIAMI

**2012**

| Date Range |
|---|
| 05/01-05/31/12 |

### DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

#### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 17-May | WESTLAW | SEARCH | 8 | $ 120.00 |
| Sub-Total: | | | | | | 8 | $ 120.00 |

THORNTON DAVIS & FEIN
MIAMI

**2011**

# DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges

| | Date Range | | Report Date | | Invoice# | | Currency |
|---|---|---|---|---|---|---|---|
| | 12/01-12/31/11 | | 1/12/2012 | | 824223898 | | US Dollars |

**2011**

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 26-Dec | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 27-Dec | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | 28-Dec | WESTLAW | SEARCH | 8 | $ 120.00 |
| Sub-Total: | | | | | | 19 | $ 285.00 |

THORNTON DAVIS & FEIN
MIAMI

**2012**

# DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges

| | Date Range | | Report Date | | Invoice# | | Currency |
|---|---|---|---|---|---|---|---|
| | 01/01-01/31/2012 | | 2/12/2012 | | 824417003 | | US Dollars |

**2012**

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | CELMER CARLY | 6703389 | 11-Jan | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 12-Jan | WESTLAW | SEARCH | 17 | $ 255.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 16-Jan | WESTLAW | SEARCH | 7 | $ 105.00 |
| | | | 24-Jan | WESTLAW | SEARCH | 23 | $ 345.00 |
| | | | 25-Jan | WESTLAW | SEARCH | 9 | $ 135.00 |
| Sub-Total: | | | | | | 67 | $ 1,005.00 |

THORNTON DAVIS & FEIN
MIAMI

## 2012

| Date Range 01/01-01/31/2012 | Report Date 2/12/2012 | Invoice 824417003 | Currency US Dollars |

### DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2508815 | 23-Jan | WESTLAW | SEARCH | 4 | $ 60.00 |
| Sub-Total: | | | | | | 4 | $ 60.00 |

THORNTON DAVIS & FEIN
MIAMI

## 2012

| Date Range 01/01-01/31/2012 | Report Date 2/12/2012 | Invoice 824417003 | Currency US Dollars |

### DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2508822 | 3-Jan | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 21-Jan | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 4 | $ 60.00 |

| | Date Range 02/01-02/29/12 | Report Date 3/12/2012 | Invoice 824582247 | Currency US Dollars |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 17-Feb | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 1 | $ 15.00 |

| | Date Range 02/01-02/29/12 | Report Date 3/12/2012 | Invoice# 824582247 | Currency US Dollars |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH   Westlaw Charges   2012

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| | HARVEY HOLLY | 2509815 | 21-Feb | WESTLAW | SEARCH | 16 | $ 240.00 |
| | | | 22-Feb | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 23-Feb | WESTLAW | SEARCH | 4 | $ 60.00 |
| | | | 24-Feb | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | | WESTLAW | SEARCH | 30 | $ 450.00 |

THORNTON DAVIS & FEIN
MIAMI

**2012**

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12  Report Date 3/12/2012  Invoice 824582247  Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | CELMER CARLY | 6703389 | 22-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| Sub-Total: | | | | | | 5 | $ 75.00 |

---

THORNTON DAVIS & FEIN
MIAMI

**2012**

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12  Report Date 3/12/2012  Invoice 824582247  Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | FRIEDMAN DANIELLA | 7530691 | 1-Feb | WESTLAW | SEARCH | 24 | $ 360.00 |
| Sub-Total: | | | | | | 24 | $ 360.00 |

---

THORNTON DAVIS & FEIN
MIAMI

**2012**

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

Date Range 02/01-02/29/12  Report Date 3/12/2012  Invoice 824582247  Currency US Dollars

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 20-Feb | WESTLAW | SEARCH | 14 | $ 210.00 |
| Sub-Total: | | | | | | 14 | $ 210.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/ Westlaw Charges

| | | | Date Range 02/01-02/29/2012 | | Report Date 3/12/2012 | Invoice# 824582247 | Currency US Dollars |
| | | | | | | | 2012 |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 16-Feb | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 17-Feb | WESTLAW | SEARCH | 29 | $ 435.00 |
| | | | 18-Feb | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 38 | $ 570.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF C+ Westlaw Charges

| | | | Date Range 02/01-02/29/12 | | Report Date 3/12/2012 | Invoice# 824582247 | Currency US Dollars |
| | | | | | | | 2012 |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 20-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 23-Feb | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 24-Feb | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | 29-Feb | WESTLAW | SEARCH | 6 | $ 90.00 |
| | | | | | | 22 | $ 330.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH  Westlaw Charges

| | Date Range 03/01-03/31/12 | Report Date 4/12/2012 | Invoice# 824747494 | Currency US Dollars | 2012 |
| --- | --- | --- | --- | --- | --- |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 64064 | HARVEY HOLLY | 2509815 | 5-Mar | WESTLAW | SEARCH | 10 | $ 150.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 3 | $ 45.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 12-Mar | WESTLAW | SEARCH | 4 | $ 60.00 |
| | | | | | | 22 | $ 330.00 |

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH  Westlaw Charges

| | Date Range 03/01-03/31/12 | Report Date 4/12/2012 | Invoice# 824747494 | Currency US Dollars | 2012 |
| --- | --- | --- | --- | --- | --- |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 64064 | SCHANERMAN NANCI | 10224899 | 1-Mar | WESTLAW | SEARCH | 41 | $ 615.00 |
| | | | 2-Mar | WESTLAW | SEARCH | 10 | $ 150.00 |
| | | | 6-Mar | WESTLAW | SEARCH | 13 | $ 195.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 11 | $ 165.00 |
| | | | | | | 75 | $ 1,125.00 |

2012

THORNTON DAVIS & FEIN
MIAMI

DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/    Westlaw Charges    2012

| Date Range | Report Date | Invoice# | Currency |
|---|---|---|---|
| 03/01-03/31/12 | 4/12/2012 | 824747494 | US Dollars |

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 5-Mar | WESTLAW | SEARCH | 29 | $ 435.00 |
| | | | 7-Mar | WESTLAW | SEARCH | 11 | $ 165.00 |
| | | | 8-Mar | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 10-Mar | WESTLAW | SEARCH | 15 | $ 225.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 8 | $ 120.00 |
| | | | 12-Mar | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 16-Mar | WESTLAW | SEARCH | 2 | $ 30.00 |
| | | | 17-Mar | WESTLAW | SEARCH | 18 | $ 270.00 |
| | | | 21-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 23-Mar | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 94 | $ 1,410.00 |

2012

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Date Range**<br>03/01-03/31/12 | | **Report Date**<br>4/12/2012 | **Invoice#**<br>824747494 | **Currency**<br>US Dollars |

**Westlaw Charges** 2012

| Client | User<br>Name | User<br>ID | Date | Service | Type of<br>Charge | Quantity | Net<br>Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON<br>MICHAEL | 2509822 | 2-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 11-Mar | WESTLAW | SEARCH | 3 | $ 45.00 |
| | | | 14-Mar | WESTLAW | SEARCH | 5 | $ 75.00 |
| | | | 30-Mar | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | | | | 10 | $ 150.00 |

2012

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Date Range**<br>04/01-04/30/12 | | **Report Date**<br>6/12/2012 | **Invoice**<br>824939569 | **Currency**<br>US Dollars |

**Westlaw Charges**

| Client | User<br>Name | User<br>ID | Date | Service | Type of<br>Charge | Quantity | Net<br>Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY<br>HOLLY | 2509815 | 18-Apr | WESTLAW | SEARCH | 11 | $ 165.00 |
| | | | 27-Apr | WESTLAW | SEARCH | 1 | $ 15.00 |
| Sub-Total: | | | | | | 12 | $ 180.00 |

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| | | | Date Range 04/01-04/30/12 | | Report Date 6/12/2012 | Invoice 824939569 | Currency US Dollars |
|---|---|---|---|---|---|---|---|
| | | | | | | | Westlaw Charges |
| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
| 64064 | GORDON MICHAEL | 2508822 | 4-Apr | WESTLAW | SEARCH | 7 | $ 105.00 |
| Sub-Total: | | | | | | 7 | $ 105.00 |

2012

THORNTON DAVIS & FEIN
MIAMI

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/

| | | | Date Range 05/01-05/31/12 | | Report Date 7/12/2012 | Invoice# 8251047866 | Currency US Dollars |
|---|---|---|---|---|---|---|---|
| | | | | | | Westlaw Charges | 2012 |
| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
| 64064 | HARVEY HOLLY | 2508815 | 13-May | WESTLAW | SEARCH | 3 | $ 45.00 |
| | | | 16-May | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 17-May | WESTLAW | SEARCH | 3 | $ 45.00 |
| Sub-Total: | | | | | | 7 | $ 105.00 |

THORNTON DAVIS & FEIN
MIAMI

2012

Date Range 05/01-05/31/12
Report Date 7/12/2012
Invoice 825104786
Currency US Dollars

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GOODMAN PERRY | 7980482 | 18-May | WESTLAW | SEARCH | 17 | $ 255.00 |
| Sub-Total: | | | | | | 17 | $ 255.00 |

---

THORNTON DAVIS & FEIN
MIAMI

2012

Date Range 05/01-05/31/12
Report Date 7/12/2012
Invoice# 825104786
Currency US Dollars

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CH/   Westlaw Charges   2012

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | HARVEY HOLLY | 2509815 | 16-May | WESTLAW | SEARCH | 18 | $ 270.00 |
| | | | 17-May | WESTLAW | SEARCH | 1 | $ 15.00 |
| | | | 18-May | WESTLAW | SEARCH | 9 | $ 135.00 |
| Sub-Total: | | | | | | 28 | $ 420.00 |

---

THORNTON DAVIS & FEIN
MIAMI

2012

Date Range 05/01-05/31/12
Report Date 7/12/2012
Invoice 825104786
Currency US Dollars

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

### Westlaw Charges

| Client | User Name | User ID | Date | Service | Type of Charge | Quantity | Net Amount |
|---|---|---|---|---|---|---|---|
| 64064 | GORDON MICHAEL | 2509822 | 17-May | WESTLAW | SEARCH | 8 | $ 120.00 |
| Sub-Total: | | | | | | 8 | $ 120.00 |