# **EXHIBIT H**

# PACER
Public Access to Court Electronic Records

## Account Summary

# INVOICE

Invoice Date: 04/03/2012
Usage From: 01/01/2012 to: 03/31/2012

| | |
|---|---|
| Account ID: | TD0013 |
| Invoice #: | TD0013-Q12012 |
| Due Date: | 05/08/2012 |
| Amount Due: | $1,106.48 |

**Pages:** 13,907
Rate: $0.08
Subtotal: $1,112.56

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $1,112.56

**Previous Balance:** <$6.08>
**Current Balance:** $1,106.48

*04-27-2012*
*CK#38691*

**Total Amount Due:** ➡ **$1,106.48**

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See www.pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My PACER Account** section of the PACER Service Center web site at
**www.pacer.gov**

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice?
Visit **www.pacer.gov/billing**

### Reminder - Fee Increase in Effect as of 04/01/12

The increase in the Judiciary's electronic public access fee, from $.08 to $.10 per page, took effect on April 1, 2012 and will be reflected in the next billing cycle. When approving the fee increase, the Judicial Conference of the United States also increased the quarterly exemption from $10 to $15, and chose to lessen the impact of the fee increase on local, state, and federal government agencies by exempting them from the increase for three years. See the www.pacer.gov home page for more information.

## Automated Case Notification

Until recently, the only way to follow a case in PACER was to repeatedly visit the PACER site and check for updates. This has changed with recent versions of CM/ECF. Some courts now provide automatic case notification through the use of RSS feeds. Subscribe to a court's free RSS feed to receive automatic notification of activity in all cases including summarized text, such as the name of the document filed, and links to the document and docket report. Results may be sorted by date or case title.

You can use one of the many commercially-available RSS readers to further organize and filter the results, customizing the feed to meet your specific needs. To view the document or docket report linked from the RSS feed, users must login to PACER, and will incur applicable fees.

Questions or Comments regarding information in the announcement? Email *pacer@psc.uscourts.gov* or call (800) 676-6856

REDACTED

```
CLIENT CODE: 064-064
   01/05/2012   FLSDC                  14:27:57              10           0.80
                1:10-CV-24590-JLK                      DOCKET REPORT
   01/25/2012   FLSDC                  17:57:46              12           0.96
                1:10-CV-24590-JLK                      DOCKET REPORT
   01/25/2012   FLSDC                  17:58:15               5           0.40
```

| DATE | COURT / SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 01/25/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 79-0 | 18:02:38 | | 12 | IMAGE79-0 | 0.96 |
| 01/25/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 80-0 | 18:14:30 | | 9 | IMAGE80-0 | 0.72 |
| 02/03/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 80-8 | 10:27:28 | | 14 | IMAGE80-8 | 1.12 |
| 02/03/2012 | FLSDC 1:10-CV-24590-JLK | 17:27:45 | | 15 | DOCKET REPORT | 1.20 |
| 02/03/2012 | FLSDC 1:10-CV-24590-JLK | 17:45:53 | | 5 | DOCKET REPORT | 0.40 |
| 02/09/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 95-0 | 17:09:50 | | 14 | IMAGE95-0 | 1.12 |

CUSTOMER NUMBER: TD0013  
DATE RANGE: 01/01/2012 - 03/31/2012  
PAGE: 23

| DATE | COURT / SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 02/09/2012 | FLSDC 1:10-CV-24590-JLK | 17:10:03 | | 3 | DOCKET REPORT | 0.24 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 96-0 | 13:29:54 | | 15 | IMAGE96-0 | 1.20 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK | 13:30:12 | | 30 | DOCKET REPORT | 2.40 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 1-1 | 13:37:04 | | 15 | IMAGE1-1 | 1.20 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK | 13:37:53 | | 4 | DOCKET REPORT | 0.32 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 1-7 | 13:38:20 | | 16 | IMAGE1-7 | 1.28 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 1-8 | 13:38:57 | | 30 | IMAGE1-8 | 2.40 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 1-11 | 13:39:22 | | 30 | IMAGE1-11 | 2.40 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 1-12 | 14:49:19 | | 9 | IMAGE1-12 | 0.72 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 112-0 | 15:00:01 | | 7 | IMAGE112-0 | 0.56 |
| 02/24/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 85-0 | 15:50:51 | | 15 | IMAGE85-0 | 1.20 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK | 10:54:10 | | 18 | DOCKET REPORT | 1.44 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK | 10:56:21 | | 2 | DOCKET REPORT | 0.16 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-0 | 10:58:01 | | 18 | IMAGE141-0 | 1.44 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK | 10:58:31 | | 21 | DOCKET REPORT | 1.68 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 131-0 | 15:00:27 | | 18 | IMAGE131-0 | 1.44 |
| 02/27/2012 | FLSDC 1:10-CV-24590-JLK | 17:56:15 | | 18 | DOCKET REPORT | 1.44 |
| 02/28/2012 | FLSDC 1:10-CV-24590-JLK | 10:59:26 | | 18 | DOCKET REPORT | 1.44 |
| 02/29/2012 | FLSDC 1:10-CV-24590-JLK | 15:22:48 | | 18 | DOCKET REPORT | 1.44 |

| DATE | COURT / SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 02/29/2012 | FLSDC<br>1:10-CV-24590-JLK DOCUMENT 141-1 | 15:23:10 | | 30<br>IMAGE141-1 | 2.40 |
| 02/29/2012 | FLSDC<br>1:10-CV-24590-JLK DOCUMENT 141-3 | 17:27:38 | | 11<br>IMAGE141-3 | 0.88 |
| 03/04/2012 | FLSDC<br>1:10-CV-24590-JLK | 15:42:58 | | 18<br>DOCKET REPORT | 1.44 |
| 03/04/2012 | FLSDC<br>1:10-CV-24590-JLK DOCUMENT 141-43 | 15:43:29 | | 30<br>IMAGE141-43 | 2.40 |
| 03/07/2012 | FLSDC<br>1:10-CV-24590-JLK | 17:55:32 | | 19<br>DOCKET REPORT | 1.52 |
| 03/12/2012 | FLSDC<br>1:10-CV-24590-JLK | 10:20:08 | | 19<br>DOCKET REPORT | 1.52 |
| 03/12/2012 | FLSDC<br>1:10-CV-24590-JLK | 14:48:19 | | 19<br>DOCKET REPORT | 1.52 |
| 03/12/2012 | FLSDC<br>1:10-CV-24590-JLK | 17:48:19 | | 21<br>DOCKET REPORT | 1.68 |
| 03/20/2012 | FLSDC<br>1:10-CV-24590-JLK | 13:12:36 | | 21<br>DOCKET REPORT | 1.68 |
| 03/20/2012 | FLSDC<br>1:10-CV-24590-JLK | 14:54:32 | | 21<br>DOCKET REPORT | 1.68 |

CUSTOMER NUMBER: TD0013  
DATE RANGE: 01/01/2012 - 03/31/2012  PAGE: 24

| DATE | COURT / SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/21/2012 | FLSDC<br>1:10-CV-24590-JLK | 14:39:55 | | 21<br>DOCKET REPORT | 1.68 |
| 03/21/2012 | FLSDC<br>1:10-CV-24590-JLK | 15:00:24 | | 21<br>DOCKET REPORT | 1.68 |
| 03/22/2012 | FLSDC<br>1:10-CV-24590-JLK | 10:20:25 | | 21<br>DOCKET REPORT | 1.68 |
| 03/23/2012 | FLSDC<br>1:10-CV-24590-JLK | 10:45:10 | | 21<br>DOCKET REPORT | 1.68 |
| 03/23/2012 | FLSDC<br>1:10-CV-24590-JLK | 16:17:16 | | 21<br>DOCKET REPORT | 1.68 |
| 03/26/2012 | FLSDC<br>1:10-CV-24590-JLK | 11:40:03 | | 21<br>DOCKET REPORT | 1.68 |
| PAGES SUBTOTAL FOR 064-064 | | | | 736 | 58.88 |

SUBTOTAL FOR CLIENT CODE: 064-064                                                             58.88

REDACTED

CLIENT CODE: 064-064

```
03/28/2012   00PCL                        17:14:28                    1        0.08
             1:12-CV-20430 ALL COURTS   PAGE: 1        ALL COURT TYPES CASE SEAR
03/28/2012   FLSDC                        17:14:46                    2        0.16
             1:12-CV-20430-UU                          DOCKET REPORT
   PAGES     SUBTOTAL FOR  064-641                                    3        0.24
                                   064
SUBTOTAL FOR CLIENT CODE:  064-641                                             0.24

CLIENT CODE: 064064
    01/26/2012   FLSDC                    15:39:22                    2        0.16
                 1:10-CV-24590-JLK DOCUMENT 81-0       IMAGE81-0
    02/02/2012   FLSDC                    11:27:14                    2        0.16
                 1:10-CV-24590-JLK DOCUMENT 92-0       IMAGE92-0
    02/22/2012   FLSDC                    10:41:02                    8        0.64
                 9:09-CV-82280-KAM                     DOCKET REPORT
    02/22/2012   FLSDC                    10:42:38                    2        0.16
                 9:09-CV-82280-KAM DOCUMENT 70-0       IMAGE70-0
    02/22/2012   FLSDC                    10:44:10                   27        2.16
                 9:09-CV-82280-KAM DOCUMENT 59-0       IMAGE59-0
    02/22/2012   FLSDC                    10:45:09                   20        1.60
                 9:09-CV-82280-KAM DOCUMENT 45-0       IMAGE45-0
    02/22/2012   FLSDC                    10:46:25                   18        1.44
                 9:09-CV-82280-KAM DOCUMENT 62-0       IMAGE62-0


CUSTOMER NUMBER: TD0013
DATE RANGE:      01/01/2012 - 03/31/2012                           PAGE:      25

DATE         COURT                    TIME IN    TIME OUT  TIME/PAGES   AMOUNT
             SEARCH CRITERIA                               DESCRIPTION
-----------------------------------------------------------------------------------
02/22/2012   FLSDC                    10:48:41                    1        0.08
             LAST NAME: HARTFORD                       SEARCH
02/22/2012   FLSDC                    10:51:20                    1        0.08
             LAST NAME: MILLER & SOLOMON               SEARCH
02/22/2012   FLSDC                    10:51:47                    2        0.16
             0:04-CV-61278-KAM                         DOCKET REPORT
02/24/2012   FLSDC                    12:53:18                   15        1.20
             1:10-CV-24590-JLK                         DOCKET REPORT
02/24/2012   FLSDC                    12:53:47                    5        0.40
             1:10-CV-24590-JLK DOCUMENT 26-0           IMAGE26-0
02/24/2012   FLSDC                    12:54:19                   30        2.40
             1:10-CV-24590-JLK DOCUMENT 27-0           IMAGE27-0
02/25/2012   FLSDC                    16:07:01                   14        1.12
             1:10-CV-24590-JLK                         DOCKET REPORT
02/25/2012   FLSDC                    16:08:30                   11        0.88
             1:10-CV-24590-JLK DOCUMENT 134-0          IMAGE134-0
02/25/2012   FLSDC                    16:09:46                   21        1.68
             1:10-CV-24590-JLK DOCUMENT 131-0          IMAGE131-0
02/25/2012   FLSDC                    16:11:28                   16        1.28
             1:10-CV-24590-JLK DOCUMENT 113-0          IMAGE113-0
02/25/2012   FLSDC                    16:13:14                    9        0.72
             1:10-CV-24590-JLK DOCUMENT 112-0          IMAGE112-0
03/07/2012   FLSDC                    14:20:39                   19        1.52
             1:10-CV-24590-JLK                         DOCKET REPORT
03/07/2012   FLSDC                    14:21:00                   14        1.12
             1:10-CV-24590-JLK                         DOCKET REPORT
```

```
03/09/2012    FLSDC                          19:23:27                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/09/2012    FLSDC                          19:24:10                     7         0.56
              1:10-CV-24590-JLK DOCUMENT 153-0               IMAGE153-0
03/09/2012    FLSDC                          19:28:16                    20         1.60
              1:10-CV-24590-JLK DOCUMENT 152-0               IMAGE152-0
03/09/2012    FLSDC                          20:01:54                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/09/2012    FLSDC                          20:02:25                     7         0.56
              1:10-CV-24590-JLK DOCUMENT 149-1               IMAGE149-1
03/10/2012    FLSDC                         ·10:58:01                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/10/2012    FLSDC                          10:58:14                    20         1.60
              1:10-CV-24590-JLK DOCUMENT 152-0               IMAGE152-0
03/10/2012    FLSDC                          12:11:43                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 141-40              IMAGE141-40
03/10/2012    FLSDC                          12:26:08                    23         1.84
              1:10-CV-24590-JLK DOCUMENT 141-39              IMAGE141-39
03/10/2012    FLSDC                          13:00:40                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 27-0                IMAGE27-0
03/10/2012    FLSDC                          14:17:20                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 137-1               IMAGE137-1
03/11/2012    FLSDC                          14:52:32                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/11/2012    FLSDC                          14:52:49                    12         0.96
              1:10-CV-24590-JLK DOCUMENT 119-0               IMAGE119-0
03/11/2012    FLSDC                          15:06:00                     3         0.24
              1:10-CV-24590-JLK DOCUMENT 104-2               IMAGE104-2
03/11/2012    FLSDC                          15:06:20                    16         1.28
              1:10-CV-24590-JLK DOCUMENT 104-3               IMAGE104-3
03/11/2012    FLSDC                          15:06:42                     3         0.24
              1:10-CV-24590-JLK DOCUMENT 104-0               IMAGE104-0


CUSTOMER NUMBER: TD0013
DATE RANGE:      01/01/2012 - 03/31/2012                     PAGE:         26

DATE          COURT                     TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                              DESCRIPTION
------------------------------------------------------------------------------
03/11/2012    FLSDC                          15:06:59                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 104-1               IMAGE104-1
03/11/2012    FLSDC                          16:49:39                    19         1.52
              1:10-CV-24590-JLK DOCUMENT 120-0               IMAGE120-0
03/11/2012    FLSDC                          17:00:13                    16         1.28
              1:10-CV-24590-JLK DOCUMENT 141-9               IMAGE141-9
03/11/2012    FLSDC                          17:00:36                    16         1.28
              1:10-CV-24590-JLK DOCUMENT 141-19              IMAGE141-19
03/11/2012    FLSDC                         ·17:02:24                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 141-6               IMAGE141-6
03/11/2012    FLSDC                          17:56:25                    30         2.40
              1:10-CV-24590-JLK DOCUMENT 141-42              IMAGE141-42
03/11/2012    FLSDC                          21:09:34                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/11/2012    FLSDC                          21:10:21                     2         0.16
              1:10-CV-24590-JLK DOCUMENT 141-10              IMAGE141-10
03/12/2012    FLSDC                          11:19:59                    15         1.20
              1:10-CV-24590-JLK                              DOCKET REPORT
03/12/2012    FLSDC                          11:20:30                     2         0.16
              1:10-CV-24590-JLK DOCUMENT 133-0               IMAGE133-0
```

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/12/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 133-1 | 11:20:52 | | 30 IMAGE133-1 | 2.40 |
| 03/12/2012 | FLSDC 1:10-CV-24590-JLK | 11:46:54 | | 15 DOCKET REPORT | 1.20 |
| 03/12/2012 | FLSDC 1:10-CV-24590-JLK | 16:45:16 | | 15 DOCKET REPORT | 1.20 |
| 03/12/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 122-0 | 16:45:43 | | 5 IMAGE122-0 | 0.40 |
| 03/17/2012 | FLSDC 1:10-CV-24590-JLK | 19:01:12 | | 16 DOCKET REPORT | 1.28 |
| 03/17/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 39-0 | 19:01:50 | | 8 IMAGE39-0 | 0.64 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK | 12:42:01 | | 16 DOCKET REPORT | 1.28 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 132-1 | 12:42:37 | | 30 IMAGE132-1 | 2.40 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-6 | 13:07:34 | | 30 IMAGE141-6 | 2.40 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-36 | 15:23:23 | | 3 IMAGE141-36 | 0.24 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-30 | 15:23:58 | | 30 IMAGE141-30 | 2.40 |
| 03/18/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-37 | 15:24:27 | | 29 IMAGE141-37 | 2.32 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK | 09:49:07 | | 20 DOCKET REPORT | 1.60 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-40 | 09:49:41 | | 30 IMAGE141-40 | 2.40 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-41 | 09:52:26 | | 30 IMAGE141-41 | 2.40 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 159-0 | 10:43:49 | | 10 IMAGE159-0 | 0.80 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 159-2 | 10:44:51 | | 2 IMAGE159-2 | 0.16 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 158-0 | 10:46:43 | | 20 IMAGE158-0 | 1.60 |
| 03/19/2012 | FLSDC 1:10-CV-24590-JLK | 13:30:37 | | 20 DOCKET REPORT | 1.60 |

```
CUSTOMER NUMBER: TD0013
DATE RANGE:    01/01/2012 - 03/31/2012                              PAGE:      27
```

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 03/20/2012 | FLSDC 1:10-CV-24590-JLK | 14:28:05 | | 21 DOCKET REPORT | 1.68 |
| 03/20/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 141-12 | 14:28:36 | | 30 IMAGE141-12 | 2.40 |
| 03/23/2012 | FLSDC 1:10-CV-24590-JLK | 10:26:36 | | 21 DOCKET REPORT | 1.68 |
| 03/23/2012 | FLSDC 1:10-CV-24590-JLK DOCUMENT 178-0 | 10:27:08 | | 11 IMAGE178-0 | 0.88 |
| PAGES | SUBTOTAL FOR  064064 | | | 1,115 | ~~89.20~~ |

```
                                                              ==============
SUBTOTAL FOR CLIENT CODE: 064064                                      89.20
```

35.80

REDACTED

```
CLIENT CODE: 64-064
   02/24/2012   FLSDC                      12:45:01             1        0.08
                1:10-CV-24590-JLK DOCUMENT 107-23      IMAGE107-23
   03/09/2012   FLSDC                      11:37:55            15        1.20
                1:10-CV-24590-JLK                      DOCKET REPORT
   03/09/2012   FLSDC                      11:39:12            30        2.40
                1:10-CV-24590-JLK DOCUMENT 108-1       IMAGE108-1
   03/09/2012   FLSDC                      12:49:10            30        2.40
                1:10-CV-24590-JLK DOCUMENT 132-1       IMAGE132-1
   03/09/2012   FLSDC                      12:59:14            20        1.60
                1:10-CV-24590-JLK DOCUMENT 138-1       IMAGE138-1
   03/09/2012   FLSDC                      13:10:37            30        2.40
                1:10-CV-24590-JLK DOCUMENT 104-1       IMAGE104-1
   03/09/2012   FLSDC                      13:29:20             8        0.64
                1:10-CV-24590-JLK DOCUMENT 141-15      IMAGE141-15
   03/09/2012   FLSDC                      13:30:50             1        0.08
                1:10-CV-24590-JLK DOCUMENT 141-22      IMAGE141-22
   03/09/2012   FLSDC                      13:32:56             5        0.40
                1:10-CV-24590-JLK DOCUMENT 141-23      IMAGE141-23
   03/09/2012   FLSDC                      15:32:45            30        2.40
                1:10-CV-24590-JLK DOCUMENT 141-40      IMAGE141-40
   03/09/2012   FLSDC                      15:44:16            30        2.40
                1:10-CV-24590-JLK DOCUMENT 141-41      IMAGE141-41
   03/09/2012   FLSDC                      16:26:34             7        0.56
                1:10-CV-24590-JLK DOCUMENT 139-1       IMAGE139-1
   03/09/2012   FLSDC                      17:38:32             3        0.24
                1:10-CV-24590-JLK DOCUMENT 140-1       IMAGE140-1
   PAGES        SUBTOTAL FOR    64-064                         210      16.80
                                                            ==============
SUBTOTAL FOR CLIENT CODE: 64-064                                         16.80
```



REDACTED

REDACTED

```
DATE        COURT                         TIME IN    TIME OUT  TIME/PAGES   AMOUNT
            SEARCH CRITERIA                                    DESCRIPTION
---------------------------------------------------------------------------------
```

REDACTED

```
CLIENT CODE: 64064
 01/17/2012  FLSDC                         09:28:39                   8        0.64
             1:10-CV-24590-JLK                                DOCKET REPORT
 01/17/2012  FLSDC                         09:55:07                   8        0.64
             1:10-CV-24590-JLK                                DOCKET REPORT
 01/17/2012  FLSDC                         09:55:55                   2        0.16
             1:10-CV-24590-JLK DOCUMENT 9-14                  IMAGE9-14
 01/17/2012  FLSDC                         09:56:23                   4        0.32
             1:10-CV-24590-JLK DOCUMENT 9-1                   IMAGE9-1
 01/17/2012  FLSDC                         09:57:25                   2        0.16
             1:10-CV-24590-JLK DOCUMENT 10-0                  IMAGE10-0
 01/23/2012  FLSDC                         19:48:18                   8        0.64
             1:10-CV-24590-JLK                                DOCKET REPORT
 01/23/2012  FLSDC                         19:48:29                   7        0.56
             1:10-CV-24590-JLK DOCUMENT 1-0                   IMAGE1-0
 02/17/2012  FLSDC                         12:03:20                  14        1.12
             1:10-CV-24590-JLK                                DOCKET REPORT
 02/17/2012  FLSDC                         12:03:48                   7        0.56
             1:10-CV-24590-JLK DOCUMENT 1-0                   IMAGE1-0
 02/17/2012  FLSDC                         12:04:20                  30        2.40
             1:10-CV-24590-JLK DOCUMENT 1-2                   IMAGE1-2
 02/20/2012  FLSDC                         13:18:01                  14        1.12
             1:10-CV-24590-JLK                                DOCKET REPORT
 02/20/2012  FLSDC                         13:24:34                   4        0.32
             1:10-CV-24590-JLK DOCUMENT 9-0                   IMAGE9-0
 02/20/2012  FLSDC                         13:25:36                   4        0.32
             1:10-CV-24590-JLK DOCUMENT 9-1                   IMAGE9-1
 02/20/2012  FLSDC                         15:21:15                   1        0.08
             1:10-CV-24590-JLK DOCUMENT 1-4                   IMAGE1-4
 02/20/2012  FLSDC                         15:21:53                  30        2.40
             1:10-CV-24590-JLK DOCUMENT 1-14                  IMAGE1-14
 02/20/2012  FLSDC                         15:22:19                   2        0.16
             1:10-CV-24590-JLK DOCUMENT 1-15                  IMAGE1-15
 02/26/2012  FLSDC                         13:14:05                  14        1.12
             1:10-CV-24590-JLK                                DOCKET REPORT
 02/26/2012  FLSDC                         13:14:46                  11        0.88
             1:10-CV-24590-JLK DOCUMENT 134-0                 IMAGE134-0
 02/26/2012  FLSDC                         13:16:37                  21        1.68
             1:10-CV-24590-JLK DOCUMENT 131-0                 IMAGE131-0
 02/26/2012  FLSDC                         13:17:47                   9        0.72
             1:10-CV-24590-JLK DOCUMENT 131-1                 IMAGE131-1
 02/26/2012  FLSDC                         13:18:46                   3        0.24
             1:10-CV-24590-JLK DOCUMENT 131-2                 IMAGE131-2
 02/26/2012  FLSDC                         13:19:41                  19        1.52
             1:10-CV-24590-JLK DOCUMENT 131-3                 IMAGE131-3
 02/26/2012  FLSDC                         13:23:42                  11        0.88
             1:10-CV-24590-JLK DOCUMENT 131-4                 IMAGE131-4
 02/26/2012  FLSDC                         13:25:25                   3        0.24
```

18.98

```
                 1:10-CV-24590-JLK DOCUMENT 131-5         IMAGE131-5
```

```
CUSTOMER NUMBER: TD0013
DATE RANGE:      01/01/2012 - 03/31/2012                           PAGE:       51

  DATE       COURT                     TIME IN    TIME OUT  TIME/PAGES    AMOUNT
             SEARCH CRITERIA                                DESCRIPTION
-----------------------------------------------------------------------------------
03/12/2012   FLSDC                     17:40:44                     19       1.52
             1:10-CV-24590-JLK                              DOCKET REPORT
03/12/2012   FLSDC                     17:41:13                      3       0.24
             1:10-CV-24590-JLK DOCUMENT 141-26              IMAGE141-26
03/12/2012   FLSDC                     17:44:56                     23       1.84
             1:10-CV-24590-JLK DOCUMENT 141-39              IMAGE141-39
03/14/2012   FLSDC                     09:43:13                     20       1.60
             1:10-CV-24590-JLK                              DOCKET REPORT
03/14/2012   FLSDC                     09:43:39                     11       0.88
             1:10-CV-24590-JLK DOCUMENT 158-1               IMAGE158-1
03/14/2012   FLSDC                     09:43:39                     20       1.60
             1:10-CV-24590-JLK DOCUMENT 158-0               IMAGE158-0
03/14/2012   FLSDC                     09:44:50                     20       1.60
             1:10-CV-24590-JLK                              DOCKET REPORT
03/14/2012   FLSDC                     10:25:29                     20       1.60
             1:10-CV-24590-JLK                              DOCKET REPORT
03/14/2012   FLSDC                     10:33:53                      3       0.24
             1:10-CV-24590-JLK DOCUMENT 159-1               IMAGE159-1
03/14/2012   FLSDC                     10:34:15                      2       0.16
             1:10-CV-24590-JLK DOCUMENT 159-2               IMAGE159-2
03/14/2012   FLSDC                     10:34:32                      2       0.16
             1:10-CV-24590-JLK DOCUMENT 159-3               IMAGE159-3
03/14/2012   FLSDC                     10:34:47                      5       0.40
             1:10-CV-24590-JLK DOCUMENT 159-4               IMAGE159-4
03/14/2012   FLSDC                     10:35:11                      3       0.24
             1:10-CV-24590-JLK DOCUMENT 159-5               IMAGE159-5
03/14/2012   FLSDC                     10:35:26                      4       0.32
             1:10-CV-24590-JLK DOCUMENT 159-6               IMAGE159-6
03/14/2012   FLSDC                     10:35:48                      2       0.16
             1:10-CV-24590-JLK DOCUMENT 159-7               IMAGE159-7
03/14/2012   FLSDC                     10:36:04                     21       1.68
             1:10-CV-24590-JLK DOCUMENT 159-8               IMAGE159-8
03/14/2012   FLSDC                     10:36:38                     29       2.32
             1:10-CV-24590-JLK DOCUMENT 159-9               IMAGE159-9
03/14/2012   FLSDC                     10:38:08                     30       2.40
             1:10-CV-24590-JLK DOCUMENT 159-10              IMAGE159-10
03/14/2012   FLSDC                     10:44:45                     30       2.40
             1:10-CV-24590-JLK DOCUMENT 159-11              IMAGE159-11
03/14/2012   FLSDC                     10:48:19                     30       2.40
             1:10-CV-24590-JLK DOCUMENT 159-12              IMAGE159-12
03/14/2012   FLSDC                     10:49:37                     10       0.80
             1:10-CV-24590-JLK DOCUMENT 159-0               IMAGE159-0
PAGES        SUBTOTAL FOR    64064                                 543      43.44
                                                               ============
                                                                            43.44
SUBTOTAL FOR CLIENT CODE: 64064
                                                                            24.86
```

REDACTED

REDACTED

```
CLIENT CODE: 064-064
   10/03/2011    FLSDC                  09:50:58                    4          0.32
                 1:10-CV-24590-JLK                           DOCKET REPORT
   10/03/2011    FLSDC                  09:53:01                    6          0.48
                 1:11-CV-21430-KMM                           DOCKET REPORT
   10/03/2011    FLSDC                  09:54:00                    6          0.48
                 1:11-CV-21430-KMM DOCUMENT 9-0              IMAGE9-0
   10/03/2011    FLSDC                  17:45:05                   11          0.88
                 1:11-CV-21430-KMM DOCUMENT 13-0             IMAGE13-0
   10/06/2011    FLSDC                  17:34:57                    6          0.48
                 1:11-CV-21430-KMM                           DOCKET REPORT
   10/06/2011    FLSDC                  17:51:14                    6          0.48
                 1:11-CV-21430-KMM                           DOCKET REPORT
   10/06/2011    FLSDC                  17:51:25                    9          0.72
                 1:11-CV-21430-KMM DOCUMENT 22-0             IMAGE22-0
   10/12/2011    FLSDC                  17:51:38                    7          0.56
                 1:11-CV-21430-KMM                           DOCKET REPORT
   11/17/2011    FLSDC                  13:28:05                    6          0.48
                 1:10-CV-24590-JLK                           DOCKET REPORT
   11/17/2011    FLSDC                  14:58:18                    6          0.48
                 1:10-CV-24590-JLK                           DOCKET REPORT
   11/17/2011    FLSDC                  15:57:46                    9          0.72
                 1:11-CV-21430-KMM                           DOCKET REPORT
   11/17/2011    FLSDC                  16:02:54                    4          0.32
                 1:11-CV-21430-KMM DOCUMENT 33-0             IMAGE33-0
   11/18/2011    FLSDC                  13:54:02                    6          0.48
                 1:10-CV-24590-JLK                           DOCKET REPORT
   11/18/2011    FLSDC                  13:54:21                    9          0.72
                 1:10-CV-24590-JLK DOCUMENT 32-0             IMAGE32-0
   11/21/2011    FLSDC                  15:58:37                    7          0.56
                 1:10-CV-24590-JLK                           DOCKET REPORT
   11/22/2011    FLSDC                  11:19:54                    7          0.56
                 1:10-CV-24590-JLK                           DOCKET REPORT
   11/22/2011    FLSDC                  11:41:50                   16          1.28
                 1:10-CV-24590-JLK DOCUMENT 41-0             IMAGE41-0
   11/22/2011    FLSDC                  11:41:50                   23          1.84
                 1:10-CV-24590-JLK DOCUMENT 41-2             IMAGE41-2
   11/22/2011    FLSDC                  11:41:50                   30          2.40
                 1:10-CV-24590-JLK DOCUMENT 41-1             IMAGE41-1
   11/22/2011    FLSDC                  11:41:50                    3          0.24
                 1:10-CV-24590-JLK DOCUMENT 41-3             IMAGE41-3
   12/07/2011    FLSDC                  12:54:21                    9          0.72
                 1:10-CV-24590-JLK                           DOCKET REPORT


CUSTOMER NUMBER: TD0013
DATE RANGE:      10/01/2011 - 12/31/2011                     PAGE:          9

DATE          COURT                   TIME IN     TIME OUT TIME/PAGES  AMOUNT
              SEARCH CRITERIA                              DESCRIPTION
-------------------------------------------------------------------------------
   12/07/2011    FLSDC                  12:55:10                    3          0.24
                 1:10-CV-24590-JLK DOCUMENT 46-0             IMAGE46-0
```

15.44

| Date | Court | Time | Case | Description | Pages | Amount |
|---|---|---|---|---|---|---|
| 12/07/2011 | FLSDC | 12:57:35 | 1:10-CV-24590-JLK DOCUMENT 45-0 | IMAGE45-0 | 2 | 0.16 |
| 12/09/2011 | FLSDC | 11:13:00 | 1:10-CV-24590-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/09/2011 | FLSDC | 11:14:47 | 1:11-CV-21430-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/09/2011 | FLSDC | 11:15:27 | 1:10-CV-24590-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/13/2011 | FLSDC | 10:27:40 | 1:10-CV-24590-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/13/2011 | FLSDC | 15:50:20 | 1:10-CV-24590-JLK | DOCKET REPORT | 10 | 0.80 |
| 12/13/2011 | FLSDC | 17:47:23 | 1:10-CV-24590-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/15/2011 | FLSDC | 17:51:31 | 1:10-CV-24590-JLK | DOCKET REPORT | 9 | 0.72 |
| 12/15/2011 | FLSDC | 18:01:27 | 1:10-CV-24590-JLK DOCUMENT 49-1 | IMAGE49-1 | 2 | 0.16 |
| 12/15/2011 | FLSDC | 18:01:27 | 1:10-CV-24590-JLK DOCUMENT 49-0 | IMAGE49-0 | 5 | 0.40 |
| 12/15/2011 | FLSDC | 18:02:19 | 1:10-CV-24590-JLK DOCUMENT 50-0 | IMAGE50-0 | 8 | 0.64 |
| 12/15/2011 | FLSDC | 18:02:35 | 1:10-CV-24590-JLK DOCUMENT 51-0 | IMAGE51-0 | 2 | 0.16 |
| 12/15/2011 | FLSDC | 18:03:06 | 1:10-CV-24590-JLK DOCUMENT 43-0 | IMAGE43-0 | 9 | 0.72 |

PAGES    SUBTOTAL FOR    064-064                    285         22.80
                                              ===============
                                                              22.80 

SUBTOTAL FOR CLIENT CODE: 064-064

REDACTED

REDACTED

REDACTED

2.34