# EXHIBIT I



PO Box 7247-6157
Philadelphia, PA 19170-6157
(866) 528-0570
LexisNexis, a division of Reed Elsevier Inc.
For itself or its affiliates

To:
THORNTON DAVIS & FEIN
Attn: MARY HOLDER
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130

# Invoice

| | |
|---|---|
| Due Date | 04/20/2011 |
| Amount Due | $438.30 |
| Invoice Number | 5014951-20110331 |
| Invoice Date | Mar 31, 2011 |
| Account Number | 5014951 |
| Terms | Net 20 |
| Representative | George Cardile |
| Billing Period | 03/01/2011 to 03/31/2011 |

### Previous Balance
| | | $ Amount |
|---|---|---:|
| | Total | 607.45 |

Questions about your bill?
(866) 528-0570
billing@lexisnexis.com

### Payments, Credits & Adjustments
| | | |
|---|---|---:|
| 03/10/2011 | Check : 35256 | -607.45 |
| | Total | -607.45 |

### New Activity
| | | |
|---|---|---:|
| 03/31/2011 | 1 Asset Report | 11.90 |
| 03/31/2011 | 1 Bankruptcy Search | 1.65 |
| 03/31/2011 | 5 CarFax Reports | 231.50 |
| 03/31/2011 | 7 Flat Rate Comprehensive Reports | 138.95 |
| 03/31/2011 | 1 Business Search | 5.30 |
| 03/31/2011 | 4 Advanced Person Searches (Rollup) | 27.80 |
| 03/31/2011 | 4 Person Searches | 21.20 |
| | Total | 438.30 |

To view account activity details online:
1. Log on to http://www.accurint.com
2. Go to "My Account" menu
3. Click on "Billing Info"
Note: Only Systems Administrators can view account details

### Account Summary
| | |
|---|---:|
| Previous Balance | 607.45 |
| New Activity | 438.30 |
| Payments, Credits & Adjustments | -607.45 |
| Total Due | 438.30 |

Please include your full invoice number on all remittance to ensure proper credit.

Please Remit Payment To:
**LexisNexis Risk Solutions GA Inc.**
**Account # 5014951**
P.O. Box 7247-6157
Philadelphia, PA 19170-6157

PAID 04-08-2011
CK#35538

LexisNexis Risk Solutions GA Inc. TIN 58-2582498

Page 1 of 1   V1

Billing Period: 03/01/11 - 03/31/11

REDACTED

| | | | | |
|---|---|---|---|---|
| DJONES13DJ | Business Search | MILLER SOLOMON GENERAL CONTRACTORS, INC. FL 592568686 | 064-064 | Mar 28 2011 10:09AM | $ 5.30 |
| DJONES13DJ | Bankruptcy Search | MILLER SOLOMON GENERAL CONTRACTORS, INC. | 064-064 | Mar 28 2011 10:10AM | $ 1.65 |
| | | | | | $ 6.95 |
| | | | | | $ 6.95 |

REDACTED



PO Box 7247-6157
Philadelphia, PA 19170-6157
(866) 528-0570
LexisNexis, a division of Reed Elsevier Inc
For itself or its affiliates

To:
THORNTON DAVIS & FEIN
Attn: MARY HOLDER
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130

## Invoice

**Due Date: 02/20/2012**
**Amount Due: $2,191.95**

| | |
|---|---|
| Invoice Number | 5014951-20120131 |
| Invoice Date | Jan 31, 2012 |
| Account Number | 5014951 |
| Terms | Net 20 |
| Representative | George Cardile |
| Billing Period | 01/01/2012 to 01/31/2012 |

### Previous Balance

| | | $ Amount |
|---|---|---|
| | Total | 1,032.65 |

### Payments, Credits & Adjustments

| | | |
|---|---|---|
| 2012-01-03 | Check : 37566 | (574.15) |
| | Total | (574.15) |

Questions about your bill?
(866) 528-0570

billing@lexisnexis.com

### New Activity Summary

| Date | Description | Amount |
|---|---|---|
| 2012-01-18 | Court Search non-prepaid - COURT_SEARCH_ID: 27605033R4210263 LOGINID: MARYHOLDER REFERENCE_CODE: 003-000 Off Expense | 140.00 |
| 2012-01-31 | 2 Motor Vehicle Searches | 9.30 |
| 2012-01-31 | 3 Criminal Reports | 35.70 |
| 2012-01-31 | 4 Criminal Searches | 26.60 |
| 2012-01-31 | 2 Next Steps - Neighbors Searches | 3.40 |
| 2012-01-31 | 4 Next Steps - Relatives/Neighbors/Associates Search | 40.10 |
| 2012-01-31 | 5 Address Reports | 98.55 |
| 2012-01-31 | 1 Phones Plus Search | 4.00 |
| 2012-01-31 | 2 Next Steps - Associates Searches | 13.30 |
| 2012-01-31 | 1 Directory Assistance Search | 0.20 |
| 2012-01-31 | 5 Business Searches | 26.50 |
| 2012-01-31 | 7 Marriages and Divorces Searches | 46.55 |
| 2012-01-31 | 28 Person Searches | 149.75 |
| 2012-01-31 | 3 Next Steps - Relatives Searches | 19.95 |
| 2012-01-31 | 26 Flat Rate Comprehensive Reports | 516.10 |
| 2012-01-31 | 1 We Also Found Business | 6.65 |
| 2012-01-31 | 1 Asset Report | 11.90 |
| 2012-01-31 | 2 CarFax Reports | 92.60 |
| 2012-01-31 | 2 Motor Vehicle Reports | 18.60 |
| 2012-01-31 | 4 Custom Comprehensive Reports | 132.05 |
| 2012-01-31 | 2 Professional License Searches | 13.30 |
| 2012-01-31 | 1 Contact Card Report | 15.90 |
| 2012-01-31 | 1 We Also Found Report | 11.30 |
| 2012-01-31 | 1 Comprehensive Business Report | 30.55 |
| 2012-01-31 | 7 People at Work Searches | 46.55 |
| 2012-01-31 | 4 Drivers License Searches | 6.60 |
| 2012-01-31 | 3 Death Record Searches | 15.90 |
| 2012-01-31 | 29 Advanced Person Searches (Rollup) | 201.55 |
| | Total | 1,733.45 |





PAID
02-10-2012
CK#38067

LexisNexis Risk Solutions GA Inc. TIN 58-2582498

| User | Search Type | Query | Code | Date | Time | Cost |
|---|---|---|---|---|---|---|
| jasmin2 | Person Search | ALEJANDRO PEREZ MIAMI FL 33155 | 064-064 | Jan 5 2012 | 8:42PM | $5.30 |
| jasmin2 | Person Search | JOHN R MEDINA MIAMI FL 33155 | 064-064 | Jan 5 2012 | 8:57PM | $5.30 |
| jasmin2 | Comprehensive Address Report | 6606 MILLER DR MIAMI FL 33155 | 064-064 | Jan 5 2012 | 8:59PM | $22.90 |
| jasmin2 | DL Search | JOHN R MEDINA | 064-064 | Jan 5 2012 | 9:01PM | $1.65 |
| jasmin2 | Comprehensive Address Report | 6725 SW 122ND DR MIAMI FL 33156 | 064-064 | Jan 5 2012 | 9:02PM | $22.90 |
| jasmin2 | Asset Report | JOHN MEDINA 728054146 | 064-064 | Jan 5 2012 | 9:04PM | $11.90 |
| jasmin2 | Person Search | TIMOTHY S TAYLOR MIAMI FL | 064-064 | Jan 10 2012 | 1:16PM | $5.30 |
| jasmin2 | Comprehensive Report | TIMOTHY S TAYLOR 2495756365 | 064-064 | Jan 10 2012 | 1:18PM | $48.40 |
| jasmin2 | Professional License Search | 5454015 | 064-064 | Jan 10 2012 | 1:24PM | $6.65 |
| jasmin2 | Professional License Search | 545015 | 064-064 | Jan 10 2012 | 1:24PM | $6.65 |
| jasmin2 | Motor Vehicle Search | SHANE T TIMOTHY MIAMI FL | 064-064 | Jan 10 2012 | 1:26PM | $- |
| jasmin2 | Motor Vehicle Search | S T TIM 1621 BAY RD APT 702 MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:29PM | $- |
| jasmin2 | Motor Vehicle Search | S T TIMOTHY 1621 BAY RD APT 702 MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:29PM | $- |
| jasmin2 | Motor Vehicle Search | T TIM 1621 BAY RD APT 702 MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:29PM | $- |
| jasmin2 | Motor Vehicle Gateway | T TIM 1621 BAY RD APT 702 MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:29PM | $- |
| jasmin2 | Motor Vehicle Gateway | TIMOTHY S TAYLOR 1621 BAY RD. #702 MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:30PM | $- |
| jasmin2 | Motor Vehicle Gateway | TIMOTHY TAYLOR 1621 BAY RD. MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:30PM | $- |
| jasmin2 | Motor Vehicle Gateway | T TAYLOR 1621 BAY RD. MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:31PM | $- |
| jasmin2 | Motor Vehicle Gateway | TIM TAYLOR 16 MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:31PM | $- |
| jasmin2 | Motor Vehicle Gateway | T TAY 16 MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:31PM | $- |
| jasmin2 | Advanced Person Search | TIMOTHY S TAYLOR 16 MIAMI BEACH FL 33139 04/xx/1977 | 064-064 | Jan 10 2012 | 1:34PM | $- |
| jasmin2 | Advanced Person Search | TIMOTHY TAYLOR 16 MIAMI FL 04/xx/1977 | 064-064 | Jan 10 2012 | 1:35PM | $- |
| jasmin2 | Person Search | TIMOTHY TAYLOR 16 MIAMI FL 04/xx/1977 | 064-064 | Jan 10 2012 | 1:35PM | $- |
| jasmin2 | Person Search | TIMOTHY TAYLOR 1621 MIAMI FL 04/xx/1977 | 064-064 | Jan 10 2012 | 1:36PM | $- |
| jasmin2 | Person Search | T TAYLOR 1621 MIAMI FL 04/xx/1977 | 064-064 | Jan 10 2012 | 1:36PM | $- |
| jasmin2 | Person Search | T TAYLOR 1621 MIAMI FL | 064-064 | Jan 10 2012 | 1:36PM | $- |
| jasmin2 | Business Search | T TAYLOR TAYLOR VEGA 121 ALHAMBRA MIAMI FL | 064-064 | Jan 10 2012 | 1:37PM | $- |
| jasmin2 | Business Search | TAYLOR TAYLOR VEGA 121 ALHAMBRA | 064-064 | Jan 10 2012 | 1:37PM | $- |
| jasmin2 | Business Search | TAYLOR VEGA, P.A. | 064-064 | Jan 10 2012 | 1:37PM | $5.30 |
| jasmin2 | People At Work Search | TIMOTHY S TAYLOR TAYLOR MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:38PM | $6.65 |
| jasmin2 | DA Search | 1621 BAY RD MIAMI BEACH FL 33139 | 064-064 | Jan 10 2012 | 1:39PM | $0.20 |
| jasmin2 | Comprehensive Address Report | TIMOTHY S TAYLER MIAMI BEACH FL | 064-064 | Jan 10 2012 | 1:44PM | $11.60 |
| jasmin2 | Motor Vehicle Search | 1.04485E+19 | 064-064 | Jan 10 2012 | 1:44PM | $4.65 |
| jasmin2 | Motor Vehicle Report | | 064-064 | Jan 10 2012 | 1:45PM | $9.30 |

| User | Search Type | Details | Code | Date | Time | Amount |
|---|---|---|---|---|---|---|
| jasmin2 | Person Search | PATRICIA H THOMPSON MIAMI FL | 064-064 | Jan 5 2012 | 7:06PM | $5.30 |
| jasmin2 | People At Work Search | PATRICIA THOMPSON 261-90-xxxx 0025195289991 | 064-064 | Jan 5 2012 | 7:06PM | $6.65 |
| jasmin2 | Person Search | PATRICIA H THOMPSON, ESQ. MIAMI FL | 064-064 | Jan 5 2012 | 7:57PM | $5.30 |
| jasmin2 | Person Search | PATRICIA H THOMPSON, ESQ. MIAMI FL | 064-064 | Jan 5 2012 | 8:02PM | $5.30 |
| jasmin2 | Comprehensive Address Report | 5721 RIVIERA DR CORAL GABLES FL 33146 | 064-064 | Jan 5 2012 | 8:05PM | $22.90 |
| jasmin2 | Person Search | GEORGE HAAKE ORLANDO FL | 064-064 | Jan 5 2012 | 8:10PM | $5.30 |
| jasmin2 | Person Search | DINO DERRICO ORLANDO FL | 064-064 | Jan 5 2012 | 8:11PM | $5.30 |
| jasmin2 | People At Work Search | DINO DERRICO 080-52-xxxx 000627961598 | 064-064 | Jan 5 2012 | 8:11PM | $6.65 |
| jasmin2 | Relatives/Neighbors/Associates Search | 8010 SUNPORT DR STE 123 ORLANDO FL 32809 000627961598 | 064-064 | Jan 5 2012 | 8:12PM | $10.60 |
| jasmin2 | Associates Search | 627961598 | 064-064 | Jan 5 2012 | 8:12PM | $6.65 |
| jasmin2 | Relatives Search | 627961598 | 064-064 | Jan 5 2012 | 8:12PM | $6.65 |
| jasmin2 | Neighbors Search | 8010 SUNPORT DR STE 123 ORLANDO FL 32809 | 064-064 | Jan 5 2012 | 8:13PM | $1.70 |
| jasmin2 | Relatives/Neighbors/Associates Search | 5448 HOFFNER AVE 207 ORLANDO FL 32812 | 064-064 | Jan 5 2012 | 8:14PM | $1.70 |
| jasmin2 | Contact Card Report | 5448 HOFFNER AVE 207 ORLANDO FL 32812 000627961598 | 064-064 | Jan 5 2012 | 8:14PM | $10.60 |
| jasmin2 | Person Search | 627961598 | 064-064 | Jan 5 2012 | 8:15PM | $15.90 |
| jasmin2 | People At Work Search | GEORGE HAKE ORLANDO FL | 064-064 | Jan 5 2012 | 8:22PM | $5.30 |
| jasmin2 | Business Search | GEORGE HACKE 208-03-xxxx 0010237772306 | 064-064 | Jan 5 2012 | 8:22PM | $6.65 |
| jasmin2 | Business Search | GEORGE HAKE CSSI ORLANDO FL | 064-064 | Jan 5 2012 | 8:24PM | $5.30 |
| jasmin2 | Business Search | GEORGE HAKE CONSTRUCTION SUPPORT SERVICES, INC. ORLANDO FL | 064-064 | Jan 5 2012 | 8:25PM | $- |
| jasmin2 | Also Found Business Report | GEORGE HAKE CONSTRUCTION SUPPORT SERVICES, INC. ORLANDO FL | 064-064 | Jan 5 2012 | 8:25PM | $5.30 |
| jasmin2 | Person Search | 22323193 | 064-064 | Jan 5 2012 | 8:34PM | $6.65 |
| jasmin2 | Person Search | GEORGE F HAAKE ORLANDO FL | 064-064 | Jan 5 2012 | 8:34PM | $6.65 |
| jasmin2 | Person Search | GEORGE HAAKE | 064-064 | Jan 5 2012 | 8:34PM | $- |
| jasmin2 | Relatives/Neighbors/Associates Search | 9021 CUMBERLAND FOREST WAY JACKSONVILLE FL 32257 0010238214O | 064-064 | Jan 5 2012 | 8:35PM | $10.60 |
| jasmin2 | Associates Search | 1023821404 | 064-064 | Jan 5 2012 | 8:35PM | $6.65 |
| jasmin2 | People At Work Search | GEORGE HAAKE 083-60-xxxx 0010123821404 | 064-064 | Jan 5 2012 | 8:35PM | $6.65 |
| jasmin2 | People At Work Search | GEORGE HAAKE 318-14-xxxx 001023816204 | 064-064 | Jan 5 2012 | 8:36PM | $- |
| jasmin2 | Relatives/Neighbors/Associates Search | 3831 SCHOENWALD LN JACKSONVILLE FL 32223 152958823408 | 064-064 | Jan 5 2012 | 8:36PM | $8.30 |
| jasmin2 | Associates Search | 1.5296E+11 | 064-064 | Jan 5 2012 | 8:36PM | $- |
| jasmin2 | Person Search | ALEJANDRO PEREZ 4901 SW 75 AVE MIAMI FL 33155 | 064-064 | Jan 5 2012 | 8:38PM | $- |
| jasmin2 | People At Work Search | ALEJANDRO PEREZ MIAMI CURTAIN WALL 4901 SW 75 AVE MIAMI FL 3 | 064-064 | Jan 5 2012 | 8:38PM | $6.65 |
| jasmin2 | People At Work Search | ALEJANDRO PEREZ MIAMI CURTAIN WALL 4901 SW 75 AVE MIAMI FL 3 | 64-064 | Jan 5 2012 | 8:39PM | $6.65 |
| jasmin2 | Comprehensive Business Report | 208844456 | 64-064 | Jan 5 2012 | 8:40PM | $30.55 |
| jasmin2 | Death Records Search | ALEJANDRO PEREZ MIAMI FL 33155 | 64-064 | Jan 5 2012 | 8:41PM | $5.30 |





PO Box 7247-6157
Philadelphia, PA 19170-6157
(866) 528-0570
LexisNexis, a division of Reed Elsevier Inc
For itself or its affiliates

To:
THORNTON DAVIS & FEIN
Attn: MARY HOLDER
80 SW 8TH ST., SUITE 2900
MIAMI, FL 33130

## Invoice

| | |
|---|---|
| Due Date: | 04/20/2012 |
| Amount Due: | $216.40 |
| Invoice Number | 5014951-20120331 |
| Invoice Date | Mar 31, 2012 |
| Account Number | 5014951 |
| Terms | Net 20 |
| Representative | George Cardile |
| Billing Period | 03/01/2012 to 03/31/2012 |

**Previous Balance**                                                                      $ Amount

|  |  | Total | 865.95 |
|---|---|---|---|

**Payments, Credits & Adjustments**

| 2012-03-15 | Check : 38309 |  | (865.95) |
|---|---|---|---|
|  |  | Total | (865.95) |

Questions about your bill?
(866) 528-0570

billing@lexisnexis.com

**New Activity Summary**

| 2012-03-31 | 1 Civil Court Search | 10.60 |
|---|---|---|
| 2012-03-31 | 11 Person Searches | 59.65 |
| 2012-03-31 | 2 People at Work Searches | 13.30 |
| 2012-03-31 | 3 Death Record Searches | 15.90 |
| 2012-03-31 | 1 Drivers License Search | 1.65 |
| 2012-03-31 | 1 Phones Plus Search | 4.00 |
| 2012-03-31 | 2 Flat Rate Comprehensive Reports | 39.70 |
| 2012-03-31 | 2 Business Searches | 10.60 |
| 2012-03-31 | 2 Professional License Searches | 13.30 |
| 2012-03-31 | 3 Contact Card Reports | 47.70 |
|  | Total | 216.40 |

**Account Summary**

| Previous Balance | 865.95 |
|---|---|
| New Activity | 216.40 |
| Payments, Credits & Adjustments | (865.95) |
| Total Due | 216.40 |

PAID
04-25-2012
CK#38654

Please include your full invoice number on all
remittance to ensure proper credit.

Please Remit Payment To:
LexisNexis Risk Solutions GA Inc.
Account # 5014951
PO Box 7247-6157
Philadelphia, PA 19170-6157

Billing Period 03/01/12 - 03/31/12

| Login ID | Activity | Search Criteria | Ref. | Date | Price |
|---|---|---|---|---|---|
| jasmin2 | Advanced Person Search | KRISTINE BULIAN 333 SOUTH WABASH AVE CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Advanced Person Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Person Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Person Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Email Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Motor Vehicle Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | DL Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Voter Registration Search | KRISTINE BULIAN 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Voter Registration Search | KRISTINE BULI 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | BARBARA HYMAN 60604 | 064-064 | Mar 30 2012 | $6.65 |
| jasmin2 | Associates Search | | 9984177807 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Contact Card Report | | 9984177807 064-064 | Mar 30 2012 | $15.90 |
| jasmin2 | Civil Court Search | KRISTINE BUILIAN | 064-064 | Mar 30 2012 | $10.60 |
| jasmin2 | Marriages / Divorces | KRISTI BUL IL | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Marriages / Divorces | KRISTI BULIAN IL | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Business Search | KRI BULI CNA INSURANCE COMPANY 333 SOUTH WABASH AVE CHIC | 064-064 | Mar 30 2012 | $5.30 |
| jasmin2 | Business Search | KRI BULI CNA INSURANCE COMPANY 333 SOUTH WABASH AVE CHIC | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Advanced Person Search | KRI BULI 333 SOUTH WABASH AVE CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Advanced Person Search | KRI BULI 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | KRI BULI 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | BULIAN 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | BUL 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | BU 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Advanced Person Search | K BU 333 SOUTH WABASH AVE CHICAGO IL 60604 312-822-2000 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Email Search | K BU 333 SOUTH WABASH AVE CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Professional License Search | K BU 333 SOUTH WABASH AVE CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $6.65 |
| jasmin2 | Professional License Search | K BU CNA 333 SOUTH WABASH AVE CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $6.65 |
| jasmin2 | Person Search | K BU CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Person Search | K BU CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Person Search | K BU CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Person Search | C BU CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |

101.45

| User | Action | Details | Account | Date | Amount |
|---|---|---|---|---|---|
| jasmin2 | Person Search | BULIAN CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $6.65 |
| jasmin2 | Person Search | KRISTINE BUL CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Business Search | CNA CHICAGO IL 60604 | 064-064 | Mar 30 2012 | $5.30 |
| jasmin2 | Person Search | JACK MOYNIHAN HARTFORD CT | 064-064 | Mar 30 2012 | $5.30 |
| jasmin2 | People At Work Search | JACK MOYNIHAN | 064-064 | Mar 30 2012 | $6.65 |
| jasmin2 | People At Work Search | JACK MOYNIHAN | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | JACK MOYNIHAN HARTFORD CT | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | People At Work Search | JACK MOYNIHAN 066-68-xxxx 001792540073 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Contact Card Report | | 1792540073 064-064 | Mar 30 2012 | $15.90 |
| jasmin2 | People At Work Search | JACK MOYNIHAN 066-68-xxxx 001792540073 | 064-064 | Mar 30 2012 | $0.00 |
| jasmin2 | Contact Card Report | | 1792540073 064-064 | Mar 30 2012 | $15.90 |

REDACTED