# ALEJANDRO ESPINO

Alejandro Espino has focused his practice on construction law and litigation since 1997 and has represented owners, contractors, subcontractors, sureties and suppliers in all aspects of construction issues. Clients call upon Alex to draft and negotiate contracts, address issues during construction, resolve disputes and litigate claims. Alex has a wide range of experience in trial, arbitration, dispute resolution proceedings, and administrative proceedings.

Alex is Board Certified in Construction Law by the Florida Bar, a distinction only 278 of the 87,000+ members of the Florida Bar share. Florida Trend recognized Alex as a member of Florida's Legal Elite in Construction Law from 2009 through 2011. Alex has also been recognized in Best Lawyers in America, Construction Law, from 2007 through 2012, and South Florida's Best Lawyers, Construction Law, from 2009 through 2011.

Bar and Court Admissions

- The Florida Bar, 1997
- United States District Court, Northern District of Florida
- United States District Court, Southern District of Florida
- United States District Court, Middle District of Florida

Significant Representation

- Successfully represented a subcontractor on a public wastewater treatment plant project in the Florida Keys in a three-day arbitration against the prime contractor and its surety, obtaining a judgment exceeding $500,000 and a finding of no liability on the prime contractor's counterclaim exceeding $600,000; issues related to nonpayment and alleged defective work
- Successfully represented a prime contractor on a landfill stabilization project in a seven-day jury trial against the project owner, obtaining a jury verdict in prime contractor's favor on its claims and on owner's counterclaim of $1,500,000, and negotiating a $900,000 settlement prior to retrial on damages; issues related to delay, loss of efficiency, overinspection, design errors, unknown conditions and superior knowledge, wrongful termination and liquidated damages
- Successfully represented a prime contractor on a neighborhood improvement project in a six-week jury trial against the owner's design engineer, obtaining a judgment exceeding $6,000,000 and a complete recovery for the prime contractor; issues related to design errors, delay, impact to means and methods, overinspection and differing site conditions
- Successfully represented a prime contractor on a stormwater retention project in a five-day jury trial against the project owner, obtaining a judgment exceeding $550,000 and a complete recovery for the prime contractor; issues related to delay, design errors, extreme weather and liquidated damages
- Successfully represented a sitework contractor on a large residential development project against the developer and owner, obtaining a jury verdict in prime contractor's favor on its claims and on owner's counterclaims exceeding $5,000,000, and negotiating a confidential settlement before retrial; issues related to wrongful termination, delay, extra

PETERSON & ESPINO, P.A.


EXHIBIT "1"

work, construction means and methods, liquidated damages, alleged defective work and surety performance
- Successfully represented a dredging subcontractor on a university marine laboratory dredging project in an eight-day jury trial against the prime contractor and project owner, obtaining a judgment exceeding $1,100,00 and defeating the prime contractor's counterclaim exceeding $1,000,000; issues related to differing site conditions and superior knowledge, delay and lost productivity, extra work and cardinal changes
- Successfully represented a highway contractor in a three-week jury trial against the project owner, obtaining several favorable court rulings and a jury verdict in favor of the highway contractor, leading to a multi-million dollar settlement; issues related to differing site conditions, delay and lost productivity, liquidated damages and alleged defective work
- Successfully defended an excavation contractor and its insurer from a developer's defect claims
- Successfully represented a maintenance contractor in appeal of trial court's entry of summary judgment against it and in favor of the project owner, thereafter negotiating a settlement and obtaining complete relief for maintenance contractor; issues related to nonpayment and contract interpretation
- Represented clients on a range of construction issues, including but not limited to construction defect claims, lost productivity claims, cardinal change claims, delay claims, contract interpretation claims, utility claims, differing site conditions (Type I and II), change order disputes, payment and performance bond claims, lien claims, overinspection claims, liquidated damages claims, suspension and termination claims, warranty claims, errors and omissions claims, and bid protests.

Professional & Community Involvement

- Florida Bar
  - Real Property, Probate and Trust Law Section (Construction Law Committee)
- American Bar Association
  - Section on Litigation (Construction Litigation; Trial Practice)
  - Forum on the Construction Industry (Dispute Avoidance & Resolution; Contract Documents; Contract Negotiations, Performance & Administration)
  - Section of Public Contract Law (Construction Claims & Disputes Resolution)
- Cuban American Bar Association
- Engineering Contractors Association
- Florida Transportation Builders Association

Awards & Recognition

- Board Certified in Construction Law by the Florida Bar since 2006
- Florida Trend's Legal Elite, 2009-2011
- Best Lawyers in America, Construction Law, 2007-2012
- Florida Monthly's Florida's Top Lawyers, 2008
- South Florida's Best Lawyers, Construction Law, 2009-2011
- Florida Super Lawyers, Rising Star, 2010, 2011
- AV Preeminent Peer Review Rating, Martindale-Hubbell

Articles, Publications, Lectures

- Faculty, Basic Construction Law Seminar (Changes, Extras & Delays), Fall 2005

Education

- Florida State University – Bachelor of Arts, *magna cum laude*, 1993
- Florida State University – Juris Doctor, *high honors*, 1997
    - Legal Research & Writing Teaching Assistant, 1995-96
    - Book Award, 1996

Prior Employment

- Vezina, Lawrence & Piscitelli, P.A.
    - Shareholder, January 2005 through January 2010
    - Associate, August 2000 through December 2004
- Cummings & Snyder, P.A.
    - Associate, September 1997 through August 2000
    - Law Clerk, March 1997 through September 1997

Languages

- Spanish