UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24590-CIV-KING

HARTFORD ACCIDENT AND INDEMNITY
COMPANY, a foreign corporation, as equitable
subrogee and real party in interest on behalf of
Miller & Solomon General Contractors, Inc.,

    Plaintiff,

v.

CRUM & FORSTER SPECIALTY INSURANCE
COMPANY, a foreign corporation,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the reasoning stated in the Court's Order Determining Attorney's Fees (DE 237), it is

**ORDERED, ADJUDGED, and DECREED:**

1. Final Judgment on Fees is hereby entered in favor of Defendant Crum & Forster Specialty Insurance Corporation and against Hartford Accident and Indemnity Company in the amount of TWO HUNDRED FIFTY NINE THOUSAND, FIVE HUNDRED NINETY-TWO DOLLARS AND FIFTY CENTS ($259,592.50), for which let execution issue.

2. Interest shall accrue on the judgment amount pursuant to 28 U.S.C. § 1961 from the date of this Final Judgment on Fees.

3. The Court **RETAINS** jurisdiction of the cause for the purpose of making all other orders and judgments as may be necessary and proper.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

*Counsel for Hartford:*
**Miguel Angel Brizuela, Esq.**
Taylor Vega, P.A.
2555 Ponce De Leon Boulevard
Suite 220
Coral Gables, FL 33134
Email: mbrizuela@taylorvega.com

**Elaine Witherspoon, Esq.**
Vezina, Lawrence, & Piscitelli, P.A.
121 Alhambra Plaza
Suite 1604
Coral Gables, FL 33134
Email: ewitherspoon@vlplaw.com

**Timothy Shane Taylor, Esq.**
Taylor Vega, P.A.
121 Alhambra Plaza
Suite 1604
Coral Gables, FL 33134
Email: ttaylor@taylorvega.com

*Counsel for Crum & Forster:*
**Holly S. Harvey, Esq.**
Thornton Davis & Fein
Brickell Bay View Centre
80 SW 8th Street
Suite 2900
Miami, FL 33130
Email: harvey@tdflaw.com

**Michael Charles Gordon, Esq.**
Thornton, Davis & Fein, P.A.
80 SW 8th Street
Suite 2900
Miami, FL 33130
Email: gordon@tdflaw.com

*Counsel for Westchester:*
**Aaron B. Tilley, Esq.**
Cozen O'Connor
45 Broadway
28th Floor
New York, NY 10006
Email: atilley@cozen.com

**Anaysa Gallardo, Esq.**
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131
Email: agallardo@cozen.com

**Bryan P. Vezey, Esq.**
Cozen O'Connor
1221 McKinney Street
One Houston Center Suite 2900
Houston, TX 77010
Email: bvezey@cozen.com

**Joseph A. Ziemianski, Esq.**
Cozen O'Connor
1221 McKinney Street
One Houston Center Suite 2900
Houston, TX 77010
Email: jziemianski@cozen.com

**Richard Michael Dunn, Esq.**
Cozen O'Connor
200 S Biscayne Boulevard
Suite 4410
Miami, FL 33131
Email: rdunn@cozen.com