IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24590-CIV-KING

HARTFORD ACCIDENT AND INDEMNITY COMPANY, a foreign corporation, as equitable subrogee and real party in interest on behalf of Miller & Solomon General Contractors, Inc.,

    Plaintiff,

v.

CRUM & FORSTER SPECIALTY INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

HARTFORD ACCIDENT AND INDEMNITY COMPANY, a foreign corporation, as equitable subrogee and real party in interest on behalf of Miller & Solomon General Contractors, Inc.,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a foreign corporation,

    Defendant.
_____/

## JOINT NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Hartford Accident and Indemnity Company and Defendants, Crum & Forster Specialty Insurance Company and Westchester Surplus Lines Insurance Company in the above-captioned case hereby appeal to the United States Court of

Appeals for the Eleventh Circuit from the Order Denying Joint Motion to Vacate Certain Orders and Final Judgments entered on May 27, 2015 [DE 246] attached hereto as Exhibit "A".

Dated: June 19, 2015.

Respectfully Submitted,

| TAYLOR ESPINO VEGA & TOURON, P.A.<br>*Counsel for Plaintiff/Appellant, Hartford Accident and Indemnity Company*<br>2555 Ponce De Leon Blvd., Suite 220<br>Coral Gables, Florida 33134<br>Tel.: (305) 443-2043<br><br>By:   s/ Timothy S. Taylor<br>       TIMOTHY S. TAYLOR<br>       Florida Bar No.: 545015<br>       TIMOTHY D. CORWIN<br>       Florida Bar No.: 68532 | THORNTON DAVIS & FEIN<br>*Counsel for Defendant/Appellant, Crum & Forster Specialty Insurance Company*<br>Brickell Bay View Centre<br>80 Southwest Eighth Street, Suite 2900<br>Miami, Florida 33130<br>Tel.: (305) 446-2646<br><br>By:   s/ Holly S. Harvey<br>       HOLLY S. HARVEY<br>       Florida Bar No.: 970190<br>       MICHAEL C. GORDON<br>       Florida Bar No.: 149284 |
|---|---|
| COZEN O'CONNOR<br>*Counsel for Defendant/Appellant, Westchester Surplus Lines Insurance Company*<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4410<br>Miami, Florida 33131<br>Tel.: (305) 704-5940<br><br>By:   s/ Richard M. Dunn<br>       RICHARD M. DUNN<br>       Florida Bar No.: 126953<br>       ANAYSA GALLARDO STUTZMAN<br>       Florida Bar No.: 707635 | |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on **June 19, 2015**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                 s/ Timothy S. Taylor
                 TIMOTHY S. TAYLOR
                 Florida Bar No. 545015
                 TIMOTHY D. CORWIN
                 Florida Bar No. 68532